IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

WERNER L. POLAK,                         )
                                         )
            Plaintiff,                   )
                                         )
        v.                               )        C. A. No. _____
                                         )
JOHN M. KOBAYASHI,                       )
                                         )
            Defendant,                   )
                                         )
        and                              )
                                         )
POKOBO, L.L.C.,                          )
                                         )
            Nominal Defendant.           )

## CERTIFICATION OF NOTICE OF REMOVAL

The undersigned attorneys for Defendant John M. Kobayashi hereby certify that a

Notice of Removal of this action from the Chancery Court of the State of Delaware in and for

New Castle County, State of Delaware, to the United States District Court for the District of

Delaware, was given to the Court of Chancery of the State of Delaware in and for New Castle

County, State of Delaware, by filing therein a copy of the Notice removing this case to the

United States District Court for the District of Delaware, on May 25, 2005.

CONNOLLY BOVE LODGE & HUTZ LLP

Kevin F. Brady (Bar No. 2248)
Christos T. Adamopoulos (Bar No. 3922)
P.O. Box 2207
1007 North Orange Street
Wilmington, DE 19899
(302) 658-9141
*Attorneys for Defendant, John M. Kobayashi*

CERTIFICATE OF SERVICE

I certify that on May 25, 2005, I caused two copies of the **Certification of Notice**

**Of Removal** to be served by hand delivery to the following counsel of

record:

        Martin P. Tully, Esquire
        David A. Harris, Esquire
        Susan Wood Waesco, Esquire
        Morris, Nichols, Arsht & Tunnell
        Chase Manhattan Centre, 18th floor
        1201 North Market Street
        Wilmington, DE 19899-1347

Kevin F. Brady
(Bar No. 2248)