AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____05 - 330 -_____

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___2___ COPIES OF AO FORM 85.

_____MAY 2 5 2005_____          _____[signature]_____
(Date forms issued)              (Signature of Party or their Representative)

                                 _____Brian F. Grossen_____
                                 (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action