IN UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WERNER L. POLAK, | ) |
| Plaintiff, | ) ) ) |
| vs | ) ) C.A. No. 05-330 (JJF) |
| JOHN M. KOBAYASHI, | ) ) |
| Defendant, | ) ) |
| and | ) ) |
| POKOBO, L.L.C., | ) ) |
| NOMINAL DEFENDANT | ) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Defendant, John M. Kobayashi, will present the attached Motion to Transfer Venue to the District of Hawaii to the Court at the earliest convenience of the Court.

CONNOLLY BOVE LODGE & HUTZ LLP

*/s/ Kevin F. Brady*
Kevin F. Brady (Bar No. 2248)
Christos T. Adamopoulos (Bar No. 3922)
1007 North Orange Street, 9th floor
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

Attorneys for Defendant, John M. Kobayashi

OF COUNSEL:

John P. Akolt III
John C. Akolt
Law Offices of John P. Akolt III, P.C.
1022 Pearl Street
Denver, Colorado 80203
Telephone:  303-903-7029
Fax:        303-659-6077

Dated:  June 2, 2005

IN UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WERNER L. POLAK, | ) |
|       Plaintiff, | ) |
| vs | ) C.A. No. 05-330 (JJF) |
| JOHN M. KOBAYASHI, | ) |
|       Defendant, | ) |
| and | ) |
| POKOBO, L.L.C., | ) |
|       NOMINAL DEFENDANT | ) |

## MOTION OF DEFENDANT, JOHN M. KOBAYASHI, TO TRANSFER VENUE TO THE DISTRICT OF HAWAII

For the reasons set forth in the accompanying brief, Defendant, John M. Kobayashi, moves to transfer venue of this action to the United States District Court for the District of Hawaii pursuant to 28 U.S.C. § 1404(a).

                          CONNOLLY BOVE LODGE & HUTZ LLP

                          */s/ Kevin F. Brady*
                          Kevin F. Brady (Bar No. 2248)
                          Christos T. Adamopoulos (Bar No. 3922)
                          1007 North Orange Street, 9th floor
                          P.O. Box 2207
                          Wilmington, DE 19899
                          (302) 658-9141

                          Attorneys for Defendant, John M. Kobayashi

OF COUNSEL:

John P. Akolt III
John C. Akolt
Law Offices of John P. Akolt III, P.C.
1022 Pearl Street
Denver, Colorado 80203
Telephone:  303-903-7029
Fax:            303-659-6077

Dated:  June 2, 2005

IN UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WERNER L. POLAK, | ) |
| Plaintiff, | ) ) ) |
| vs | ) ) |
| JOHN M. KOBAYASHI, | ) C.A. No. 05-330 (JJF) ) |
| Defendant, | ) ) |
| and | ) ) |
| POKOBO, L.L.C., | ) ) |
| NOMINAL DEFENDANT | ) |

### ORDER GRANTING MOTION

Having considered Defendant, John M. Kobayashi's Motion to Transfer this case pursuant to 28 U.S.C. § 1404(a) to the District of Hawaii, Werner L. Polak's response, and the accompanying briefs and declarations submitted by the parties, IT IS HEREBY ORDERED that the motion to transfer is granted.

                                                Honorable Joseph J. Farnan,
                                                United States District Judge

Dated: _____

IN UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WERNER L. POLAK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | |
| | ) | C.A. No. 05-330 (JJF) |
| JOHN M. KOBAYASHI, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| POKOBO, L.L.C., | ) | |
| | ) | |
| NOMINAL DEFENDANT | ) | |

## STATEMENT UNDER LOCAL RULE 7.1.1

The undersigned counsel for Defendant, John M. Kobayashi, hereby certifies that on June 2, 2005, prior to filing Defendant's Motion to transfer Pursuant to 28 U.S.C. § 1404(a), I contacted Susan Wood Waesco, Esquire of Morris Nichols Arsht & Tunnell, counsel for Plaintiff, Werner L. Polak, to attempt to resolve the matter raised by the motion. Plaintiff does not agree to transfer the case and will oppose the motion.

CONNOLLY BOVE LODGE & HUTZ LLP

_____
Kevin F. Brady (Bar No. 2248)
1007 North Orange Street, 9th floor
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

Attorneys for Defendant, John M. Kobayashi

## CERTIFICATE OF SERVICE

I certify that on June 2, 2005, I caused copies of Motion of Defendant, John M. Kobayashi, to Transfer Venue to the District of Hawaii; (proposed) Order Granting Motion; and Statement under Local Rule 7.1.1 to be served electronically to the following counsel of record:

>Susan Wood Waesco, Esquire
>Morris Nichols Arsht & Tunnell
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899

Kevin F. Brady
(Bar No. 2248)

## CERTIFICATE OF SERVICE

I certify that on June 2, 2005, I caused copies of the Notice of Motion to be served electronically to the following counsel of record:

>Susan Wood Waesco, Esquire
>Morris Nichols Arsht & Tunnell
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899

*/s/ Kevin F. Brady*
Kevin F. Brady
(Bar No. 2248)