IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WERNER L. POLAK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JOHN M. KOBAYASHI, ) | C.A. No. 05-330 (JJF) |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| POKOBO, L.L.C., ) | |
| ) | |
| Nominal Defendant. ) | |

## PLAINTIFF'S STATEMENT PURSUANT TO LOCAL RULE 81.2

Pursuant to Local District Court Civil Rule 81.2 concerning cases transferred or removed to this Court, Plaintiff Werner L. Polak ("Plaintiff") submits this statement identifying all pending matters that require judicial action in the above-captioned case, as follows:

This action was originally filed in the Court of Chancery for the State of Delaware on February 23, 2005. On May 25, 2005, Defendant removed the action to this Court pursuant to 28 U.S.C. §§ 1441 and 1446. D.I. 1. On June 2, 2005, Defendant filed his answer and affirmative defenses (D.I. 2), a motion to transfer this case to the District of Hawaii pursuant to 28 U.S.C. 1404(a) (D.I. 4), and an opening brief in support of that motion. D.I. 5. Plaintiff is opposing the motion to transfer and will file his answering brief in accordance with applicable Court Rules. Plaintiff is also preparing a motion to remand this matter to the Court of Chancery and an opening brief in support thereof, and expects to file his motion and supporting brief shortly.

Once briefing is completed on both Plaintiff's motion to remand and Defendant's motion to transfer, both matters will require judicial action. Because resolution of Plaintiff's motion to remand may render Defendant's motion to transfer moot, Plaintiff respectfully requests that the motion to remand be considered prior to the motion to transfer.

                           MORRIS, NICHOLS, ARSHT & TUNNELL

                           /s/ Susan Wood Waesco
                           Martin P Tully (#465)
                           David A. Harris (#3568)
                           Susan W. Waesco (#4476)
                           1201 N. Market Street
                           P.O. Box 1347
                           Wilmington, DE  19899-1347
                           (302) 658-9200
                            Attorneys for Plaintiff

June 14, 2005

CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2005, I electronically filed **Plaintiff's Statement Pursuant to Local Rule 81.2** with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

>Kevin F. Brady, Esquire
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building, 1007 North Orange Street
>Wilmington, Delaware 19801

>/s/ Susan Wood Waesco
>Susan Wood Waesco (#4476)
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE  19899-1347
>(302) 658-9200
>  Attorneys for Plaintiff

June 14, 2005