IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WERNER L. POLAK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JOHN M. KOBAYASHI, | ) C.A. No. 05-330 (JJF) |
| | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| POKOBO, L.L.C., | ) |
| | ) |
| Nominal Defendant. | ) |

**PLAINTIFF'S MOTION TO REMAND**

Plaintiff Werner L. Polak ("Plaintiff"), by and through his undersigned attorneys, hereby moves this Court for an order in the form attached hereto remanding this case to the Court of Chancery of the State of Delaware pursuant to 28 U.S.C. § 1147(c). The grounds for this motion are set forth more fully in Plaintiff's Opening Brief filed contemporaneously herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Susan Wood Waesco
Martin P Tully (#465)
David A. Harris (#3568)
Susan W. Waesco (#4476)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
swaesco@mnat.com
  Attorneys for Plaintiff

June 15, 2005

## RULE 7.1.1 CERTIFICATE

I hereby certify, pursuant to D. Del. LR 7.1.1, that counsel for Plaintiff Werner L. Polak has made a reasonable effort to reach agreement with the opposing attorneys on the matters set forth in the foregoing Motion to Remand, and the parties have not been able to reach agreement thereon.

/s/ Susan Wood Waesco
Susan Wood Waesco (#4476)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
swaesco@mnat.com
  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WERNER L. POLAK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JOHN M. KOBAYASHI, ) | C.A. No. 05-330 (JJF) |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| POKOBO, L.L.C., ) | |
| ) | |
| Nominal Defendant. ) | |

## ORDER

This \_\_\_\_th day of _____, 2005, IT IS HEREBY ORDERED, that Counts I, III, IV and V of Plaintiff's Petition for Dissolution are remanded to the Court of Chancery of the State of Delaware.

IT IS FURTHER ORDERED that, pursuant to 28 U.S.C. § 1447(c), Defendant shall pay the just costs and actual expenses, including attorney fees, incurred by Plaintiff as a result of the removal of this case.

_____
Honorable Joseph J. Farnan, Jr.
United States District Judge

CERTIFICATE OF SERVICE

I, Susan W. Waesco, hereby certify that on June 15th, 2005 I electronically filed **PLAINTIFF'S MOTION TO REMAND**, with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

>  Kevin F. Brady, Esquire
>  Connolly Bove Lodge & Hutz LLP
>  The Nemours Building, 1007 North Orange Street
>  Wilmington, Delaware 19801

I also certify that copies were caused to be served on June 15th, 2005 upon the following in the manner indicated:

**BY HAND**

>  Kevin F. Brady, Esquire
>  Connolly Bove Lodge & Hutz LLP
>  The Nemours Building, 1007 North Orange Street
>  Wilmington, Delaware 19801

/s/ Susan Wood Waesco
Susan Wood Waesco (#4476)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
swaesco@mnat.com
  Attorneys for Plaintiff