IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WERNER L. POLAK,            )<br>                             )<br>        Plaintiff,           )<br>                             )<br>    v.                       )<br>                             )<br>JOHN M. KOBAYASHI,           )<br>                             )<br>        Defendant,           )<br>                             )<br>    and                      )<br>                             )<br>POKOBO, L.L.C.,              )<br>                             )<br>        Nominal Defendant.   )  | C.A. No. 05-330 (JJF) |

**AFFIDAVIT OF WERNER L. POLAK**

STATE OF NEW YORK        )
                         ) ss
COUNTY OF WESTCHESTER    )

Werner L. Polak, being duly sworn, deposes and says:

1. I am a resident and citizen of the State of New York.

2. I am the plaintiff in the above-referenced case that was removed from the Delaware Court of Chancery by defendant John M. Kobayashi ("Defendant) and is currently pending before this Court, captioned *Polak v. Kobayashi et al.*, C.A. No 05-330 (JJF). This affidavit is submitted in support of Plaintiff's Motion to Remand.

3. My goals in bringing the instant action against Defendant were (i) to recover, on behalf of Pokobo L.L.C. ("Pokobo"), a parcel of land belonging to Pokobo that Defendant wrongfully titled in his name, (ii) to obtain an order dissolving Pokobo pursuant to 6 *Del. C.* § 18-802 and approving the sale of Pokobo's assets pursuant to Section 8.02(b) of the

Limited Liability Company Agreement of Pokobo L.L.C., dated as of March 1, 1997 (the "LLC Agreement"), and (iii) to obtain an accounting in connection with the dissolution of Pokobo.

4. In the event this Court determines that it has subject matter jurisdiction over the action but remands Counts I, III, IV and V to the Court of Chancery based on abstention grounds and stays Count II (for breach of the LLC Agreement) pending resolution of the remanded claims, and the Court of Chancery subsequently grants the relief requested in the remanded claims, I will not pursue my remaining claim for breach of contract (Count II of the Petition) in this Court.

_____
Werner L. Polak

Sworn to and subscribed before me this 15 day of June, 2005.

_____
Notary Public

WILLIAM J. McCARTHY
Notary Public, State of New York
No. 01MC6005583
Qualified in Westchester County
Commission Expires April 13, 2006

## CERTIFICATE OF SERVICE

I, Susan W. Waesco, hereby certify that on June 15th, 2005 I electronically filed the **AFFIDAVIT OF WERNER L. POLAK**, with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

Kevin F. Brady, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building, 1007 North Orange Street
Wilmington, Delaware 19801

I also certify that copies were caused to be served on June 15th, 2005 upon the following in the manner indicated:

**BY HAND**

Kevin F. Brady, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building, 1007 North Orange Street
Wilmington, Delaware 19801

/s/ Susan Wood Waesco
Susan Wood Waesco (#4476)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
swaesco@mnat.com
 Attorneys for Plaintiff