

**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblh.com

Kevin F. Brady
TEL      (302) 888-6257
FAX      (302) 255-4257
EMAIL    kbrady@cblh.com
REPLY TO Wilmington Office

June 30, 2005

**(By Electronic Filing)**

Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Lock Box 27
Wilmington, DE 19801

Re:   *Polak v. Kobayashi*
      C.A. No. 05-330 (JJF)

Dear Judge Farnan:

Pursuant to Local Rule 7.1.4, defendant John M. Kobayashi respectfully requests oral argument on Defendant's Motion to Transfer Venue Under 28 U.S.C. § 1404(a) (D.I. 4) and Plaintiff's Motion to Remand (D.I. 8).

Respectfully,

Kevin F. Brady
(Bar No. 2248)

KFB/saj
cc:   Susan Wood Waesco, Esquire
      Clerk, U.S. District Court
      (404236)