# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

**Samuel T. Hirzel**
302 575 5132
302 498 6201 Fax
shirzel@mnat.com

July 13, 2005

The Honorable Joseph J. Farnan, Jr.
United States District Court
   District of Delaware
844 North King Street
Wilmington, Delaware 19801

      Re:    <u>Polak v. Kobayashi, et al.</u>, 05-330 (JJF)

Dear Judge Farnan:

      The briefing on Plaintiff Werner L. Polak's Motion to Remand (D.I. 8) is complete. Pursuant to Local Rule 7.1.4, Plaintiff respectfully requests oral argument on the motion to remand. Plaintiff also respectfully requests that the motion to remand be considered before Defendant's Motion to Transfer Venue to the District of Hawaii Pursuant to 28 U.S.C. § 1404(a) (D.I. 4) because resolution of the motion to remand may moot Defendant's motion to transfer -- saving both the court and the parties time and resources in connection with argument on the motion to transfer.

                                           Sincerely,

                                           /s/ Samuel T. Hirzel
                                           Samuel T. Hirzel (#4415)

cc.    Dr. Peter T. Dalleo, Clerk
       Kevin V. Brady, Esq.

Name
July 13, 2005
Page 2


The Honorable Joseph J. Farnan, Jr.
July 13, 2005
Page 2


bcc:    Werner L. Polak w/o encs.