**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

Kevin F. Brady
**TEL** (302) 888-6257
**FAX** (302) 255-4257
**EMAIL** kbrady@cblh.com
**REPLY TO** Wilmington Office

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblh.com

July 18, 2005

**(By Electronic Filing)**

Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Lock Box 27
Wilmington, DE 19801

Re:   ***Polak v. Kobayashi***
      **C.A. No. 05-330 (JJF)**

Dear Judge Farnan:

This is in response to Plaintiff's letter dated July 13, 2005, wherein Plaintiff requests oral argument on his Motion to Remand (D.I. 8) and in addition, that Plaintiff's motion be considered before Defendant's Motion to Transfer Venue to the District of Hawaii pursuant to 28 U.S.C. § 1404(a) (D.I. 4).

The parties are in agreement that oral argument should be held on both of the pending motions, and assuming that oral argument on both motions would be scheduled on the same day, Defendant does not oppose proceeding in the order.

If, however, Plaintiff's counsel is suggesting that oral argument on the motions be held on different dates, Defendant would oppose that proposal, inasmuch as Defendant would incur the undue burden of having his out-of-state counsel travel to Delaware from Colorado on two separate dates, and the cost to prepare for both dates.

If Your Honor has any questions, I am available at the convenience of the Court.

Respectfully,

Kevin F. Brady
(Bar No. 2248)

KFB/saj
cc:   Susan Wood Waesco, Esquire
      Samuel T. Hirzel, Esquire
      Clerk, U.S. District Court
      (406558v2)