IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WERNER L. POLAK,                :
                                :
    Plaintiff,                  :
                                :
v.                              : Civil Action No. 05-330 JJF
                                :
JOHN M. KOBAYASHI,              :
                                :
    Defendant,                  :
                                :
    and                         :
                                :
POKOBO, L.L.C.,                 :
                                :
    Nominal Defendant.          :

## O R D E R

At Wilmington, this 22 day of August 2005, for the reasons set forth in the Memorandum Opinion issued this date,

NOW THEREFORE, IT IS HEREBY ORDERED that the Motion To Remand (D.I. 8) filed by Plaintiff Werner L. Polak is **DENIED**.

*/s/ Joseph J. Farnan, Jr.*
UNITED STATES DISTRICT JUDGE