## RULE 7.1.1 CERTIFICATE

I hereby certify, pursuant to D. Del. LR 7.1.1, that counsel for Plaintiff Werner L. Polak has made a reasonable effort to reach agreement with the opposing attorneys on the matters set forth in the foregoing **PLAINTIFF'S MOTION FOR REARGUMENT OR RECONSIDERATION**, and the parties have not been able to reach agreement thereon.

*/s/ Susan Wood Waesco*
Susan Wood Waesco (#4476)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
swaesco@mnat.com
 Attorneys for Plaintiff