IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WERNER L. POLAK, | ) |
|        Plaintiff, | ) |
| v. | ) |
| JOHN M. KOBAYASHI, | ) C.A. No. 05-330 (JJF) |
|        Defendant, | ) |
| and | ) |
| POKOBO, L.L.C., | ) |
|        Nominal Defendant. | ) |

## ORDER

WHEREAS, the Court issued a Memorandum Opinion (D.I. 18) and an Order (D.I. 19), both dated August 22, 2005, denying the motion of plaintiff Werner L. Polak ("Plaintiff") to remand this action to the Court of Chancery; and

WHEREAS, on September 6, 2005, Plaintiff moved for reargument or reconsideration of the Court's ruling;

This ____th day of _____, 2005, IT IS HEREBY ORDERED, that:

1. Plaintiff's motion for reargument or reconsideration is granted;

2. Counts I, III, IV and V of Plaintiff's Petition for Dissolution are remanded to the Court of Chancery of the State of Delaware for further proceedings; and

3. Count II of Plaintiff's Petition for Dissolution is stayed pending resolution of Counts I, III, IV and V by the Court of Chancery.

 

_____
Honorable Joseph J. Farnan, Jr.
United States District Judge