IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WERNER L. POLAK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 05-330 (JJF) |
| JOHN M. KOBAYASHI, | ) ) |
| Defendant, | ) ) |
| and | ) ) |
| POKOBO, L.L.C., | ) ) |
| NOMINAL DEFENDANT | ) |

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT, JOHN M. KOBAYASHI

Kevin F. Brady, Esquire, on behalf of himself and his law firm, Connolly Bove Lodge & Hutz LLP, hereby moves for an Order approving his withdrawal as counsel for the defendant, John M. Kobayashi, in the above-captioned matter. As this case is still in its early stages, withdrawal can be accomplished without material adverse effect or prejudice to the interests of Mr. Kobayashi. *See* Model Rules of Professional Conduct, Rule 1.16(b)(1) and (5). A proposed form of Order is attached hereto.

Pursuant to Local Rule 83.7, a certified letter dated January 10, 2006, was sent to Mr. Kobayashi at his last known business address (which was received and signed for by Mr. Kobayashi's secretary, Jan Harrison), informing Mr. Kobayashi of Mr. Brady's intent to withdraw. A copy of the January 10, 2006 letter was sent, at the same time, to Susan W. Waesco, Esquire, counsel for Plaintiff. Mr Kobayashi has not responded to that letter.

                CONNOLLY BOVE LODGE & HUTZ LLP

                /s/ Kevin F. Brady
                Kevin F. Brady (Bar No. 2248)
                1007 North Orange Street
                P.O. Box 2207
                Wilmington, DE 19899
                (302) 658-9141

Dated: January 30, 2006

## CERTIFICATE OF SERVICE

I certify that on January 30, 2006, I caused copies of the foregoing Motion to Withdraw as Counsel for Defendant John M. Kobayashi, and proposed Order to be served electronically to the following counsel of record:

>   Susan Wood Waesco, Esquire
>   Morris Nichols Arsht & Tunnell
>   1201 North Market Street
>   P.O. Box 1347
>   Wilmington, DE 19899

_____
Kevin F. Brady (Bar No. 2248)
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899