IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WERNER L. POLAK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 05-330 (JJF) |
| JOHN M. KOBAYASHI, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| POKOBO, L.L.C., | ) |
| | ) |
| NOMINAL DEFENDANT | ) |

### ORDER GRANTING MOTION

On this _____ day of _____, 2006, the Court, having considered the Motion of Kevin F. Brady, on behalf of himself and his firm, Connolly Bove Lodge & Hutz LLP, to Withdraw as Counsel for Defendant, John M. Kobayashi, it is

ORDERED that the Motion to Withdraw as Counsel for Defendant, John M. Kobayashi, is hereby GRANTED.

                                                                                            _____
                                                                                            Honorable Joseph J. Farnan
                                                                                            United States District Judge