IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WERNER L. POLAK, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-330-JJF |
| JOHN M. KOBAYASHI, et al. | : | |
| Defendants. | : | |

### O R D E R

WHEREAS, the Court has denied Plaintiff's Motion for Reconsideration of the Court's Order denying a motion to remand (D.I. 23);

NOW THEREFORE, IT IS HEREBY ORDERED that counsel shall confer and submit to the Court a Proposed Rule 16 Scheduling Order no later than **Wednesday, February 15, 2006**. Attached is a sample form of Order which should serve as a basis for discussion. Where disagreements exist, please note each party's position.

\_\_February 1, 2005\_\_    _____
DATE                     UNITED STATES DISTRICT JUDGE