

**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblh.com

Kevin F. Brady
TEL      (302) 888-6257
FAX      (302) 255-4257
EMAIL    kbrady@cblh.com
REPLY TO Wilmington Office

February 6, 2006

**(By Electronic Filing)**

Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Lock Box 27
Wilmington, DE 19801

Re:   *Polak v. Kobayashi*
      C.A. No. 05-330 (JJF)

Dear Judge Farnan:

In response to Your Honor's Order dated February 1, 2006 concerning a proposed Rule 16 Scheduling Order, I wanted to bring to Your Honor's attention that on January 30, 2006, I filed a Motion to Withdraw as Counsel for Defendant, John M. Kobayashi. As a result, I am uncertain how effective I will be in the meet and confer process.

If Your Honor has any questions, I am available at the Court's convenience.

Respectfully,

Kevin F. Brady
(Bar No. 2248)

KFB/saj
cc:  Susan Wood Waesco, Esquire
     Clerk, U.S. District Court
     (444978)