IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WERNER L. POLAK, | : |
|     Plaintiff, | : |
| v. | : Civil Action No. 05-330-JJF |
| JOHN M. KOBAYASHI, et al. | : |
|     Defendants. | : |

### O R D E R

WHEREAS, Kevin F. Brady, Esquire, by letter dated February 6, 2006 (D.I. 26), advised that he has filed a Motion To Withdraw;

WHEREAS, the Court's February 1, 2006 Order (D.I. 25) requested counsel to confer and submit a Rule 16 Scheduling Order;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) The Motion To Withdraw (D.I. 24) as counsel for Defendant, John M. Kobayashi is **GRANTED**.

2) The February 1, 2006 Order shall not apply to Mr. Brady.

3) Defendant, John M. Kobayashi shall notify the Court of the name of his new counsel no later than **March 9, 2006**.

February 9, 2006                                       /s/ Joseph J. Farnan
    DATE                                             UNITED STATES DISTRICT JUDGE