IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WERNER POLAK,<br>Plaintiff,<br><br>v.<br><br>JOHN KOBAYASHI,<br>Defendant<br><br>and<br><br>POKOBO, L.L.C.,<br>Nominal Defendant. | Civil Action No. 05-330 JJF |

ENTRY OF APPEARANCE PRO SE

The undersigned John M. Kobayashi herby enters his appearance *pro se* in Civil Action No. 05-330 JJF, in which the undersigned is a defendant of the proceeding.

Address for service:

John M. Kobayashi
c/o Jan Harrison
1633 Filmore Street
Denver, CO 80206
Telephone: 303-619-4579

The basis of this Entry of Appearance *pro se* is the withdrawal of former counsel. It is not my intention to continue to represent my interests in Civil Action No. 05-330 JJF *pro se*, but rather I intend to retain replacement counsel, who will provide more appropriate and efficient service and representation to represent my interests, as soon as such may reasonably be obtained. This Entry *pro se* is made this date to address the immediate matters in the above proceedings.

To fully advise the Court, the undersigned is an attorney by education and experience. I was licensed to practice in the State of Colorado and was admitted to practice before all Courts of that State as well as having been admitted to practice *pro hac vice* in a majority of Federal and U.S. Circuit Court jurisdictions and the Supreme Court. I voluntarily surrendered my right to practice due to substantial visual impairment and other disabilities arising from health issues. I am currently being advised by my former co-law clerk, (who is currently licensed in Colorado) who served with me for a U.S. Court of Appeals Judge many years ago.

In entering my appearance *pro se* the undersigned agrees to be bound by all applicable rules and procedures of This Court.

RESPECTFULLY SUBMITTED this 10th day of February 2006.

By: _____
Pro Se/ John M. Kobayashi

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WERNER POLAK,<br>　　　　Plaintiff,<br><br>v.<br><br>JOHN KOBAYASHI,<br>　　　　Defendant<br><br>and<br><br>POKOBO, L.L.C.,<br>　　　　Nominal Defendant. | Civil Action No. 05-330 JJF |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 10th day of February 2006, a true and correct copy of the foregoing document was served by depositing a true copy thereof postage prepaid in the United States Mail on the following attorney(s) of record:

Martin P. Tully
David A. Harris
Susan Wood Waesco
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
Attorneys for Plaintiff

_____
John M. Kobayashi