# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. Box 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

SUSAN WOOD WAESCO
302 351 9677
302 425 3088 FAX
swaesco@mnat.com

February 14, 2006

**VIA E-FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
  District of Delaware
844 North King Street
Wilmington, Delaware  19801

Re: *Polak v. Kobayashi, et al.*, C.A. No. 05-330 (JJF)

Dear Judge Farnan:

I write on behalf of the plaintiff in the above-referenced matter, Werner L. Polak, regarding Your Honor's February 1, 2006 Order directing the parties to confer and submit a proposed Rule 16 Scheduling Order by Wednesday, February 15, 2006. In light of Your Honor's most recent Order granting Mr. Brady's motion to withdraw as counsel for Defendant and ordering Defendant to obtain new counsel by March 9, 2006, we respectfully request that the deadline for submitting a proposed Rule 16 Scheduling Order be extended until no later than March 23, 2006. Should Defendant obtain new counsel prior to Your Honor's March 9, 2006 deadline, we will confer with him or her and submit a proposed Order promptly.

I am available to answer any questions Your Honor may have regarding this matter.

Respectfully,

Susan W. Waesco (#4476)

cc: Dr. Peter T. Dalleo, Clerk (By Hand)
    John P. Akolt, III, Esquire (By Facsimile)
    Mr. John M. Kobayashi (By U.S. Mail)