IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WERNER L. POLAK,                :
                                :
        Plaintiff,               :
                                :
    v.                          :   Civil Action No. 05-330-JJF
                                :
JOHN M. KOBAYASHI,              :
                                :
        Defendant.               :

## ORDER

WHEREAS, the Court ordered the parties to submit a Proposed Rule 16 Scheduling Order by February 15, 2006 (D.I. 25);

WHEREAS, Defendant's Counsel recently withdrew (D.I. 27);

WHEREAS, Plaintiff's Counsel submitted a letter to the Court, requesting an extension of time to submit a Proposed Rule 16 Scheduling Order in light of the withdrawal (D.I. 29);

NOW THEREFORE, IT IS HEREBY ORDERED that the parties shall confer and submit a Proposed Rule 16 Scheduling Order no later than **March 23, 2006**.

February 17, 2006

*Joseph J. Farnan Jr.*
UNITED STATES DISTRICT JUDGE