**John M. Kobayashi**

77-6408 Alii Drive
Kailua-Kona, Hawaii 96740
(303) 619-4579

February 15, 2006

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 North King Street
Wilmington, Delaware 19801

Re: *Polak v. Kobayashi, et. al. C.A. 05-330 (JJF)*

Dear Judge Farnan:

This letter is to concur with the letter dated February 14, 2006, from Susan W. Waesco Esq. regarding an extension of the deadline for submitting a proposed Rule 16 Scheduling Order in the above proceeding.

Discussion on my behalf did occur with Ms. Waesco in which my concurrence with the request was provided. Understandably, since these discussions occurred with my counsel in Colorado who are not presently admitted *pro hac vice* in this proceeding, this direct contact was not referenced in her letter.

As I am residing in Kona, Hawaii, and as I am not physically able to use the E-Filing system, the logistics of being able to submit a joint letter to the Court by this date per the Court's Order is not possible.

Notwithstanding, I do want to provide this letter to confirm that I am personally engaged in this proceeding and actively pursuing the retention of substitute local counsel to represent my interests.

I remain available by letter, fax or telephone to personally respond to any questions Your Honor may have regarding this letter.

Respectfully,

John M. Kobayashi

cc Susan Wood Waesco
   Dr. Peter T. Dalleo, Clerk

