# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WERNER L. POLAK, | ) | C.A. No. 05-330-JJF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN M. KOBAYASHI, | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

Please enter the appearance of Michael P. Kelly of McCarter & English, LLP as attorney for Defendant John M. Kobayashi, in the above-referenced action.

McCARTER & ENGLISH, LLP

Michael P. Kelly (Del. Bar #2295)
919 North Market Street
Suite 1800
P.O. Box 111
Wilmington, DE  19899
(302) 984-6300
Attorneys for Defendant

Dated:  March 9, 2006

ME1\5535293.1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 9th day of March, 2006, a copy of the foregoing

Entry of Appearance was electronically served upon the following:

> Martin P. Tully, Esquire
> David A. Harris, Esquire
> Susan W. Waesco, Esquire
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street
> Wilmington, DE  19899-1347
>
> Attorneys for Plaintiff

/s/ Michael P. Kelly
_____
Michael P. Kelly (Del. Bar #2295)