# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Samuel T. Hirzel
302 351 9132
302 498 6201 Fax
shirzel@mnat.com

March 23, 2006

**VIA E-FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
   District of Delaware
844 North King Street
Wilmington, Delaware  19801

Re:   _Polak v. Kobayashi, et al._, C.A. No. 05-330 (JJF)

Dear Judge Farnan:

Pursuant to the Court's February 17, 2006 Order, enclosed is the parties' joint proposed Rule 16 Scheduling Order.  I am available to answer any questions Your Honor may have regarding this matter.

Respectfully,

Samuel T. Hirzel (#4415)

cc:   Dr. Peter T. Dalleo, Clerk (By Efiling)
      Andrew S. Dupre (by Efiling)