IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WERNER L. POLAK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-330-SLR |
| | ) |
| JOHN M. KOBAYASHI and | ) |
| POKOBO LLC, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 26th day of April, 2006, the above captioned action having recently been reassigned to me;

IT IS ORDERED that a telephonic status conference shall be held on **Thursday, May 11, 2006, at 9:15 a.m.** to be initiated by plaintiff's counsel.

_____
United States District Judge