IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WERNER L. POLAK,<br><br>        Plaintiff,<br><br>v.<br><br>JOHN M. KOBAYASHI,<br><br>        Defendant,<br><br>and<br><br>POKOBO, L.L.C.,<br><br>        Nominal Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 05-330-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT on May 5, 2006, true copies of Plaintiffs' Initial Disclosures Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure were served, by hand delivery, on the following counsel of record, at the address indicated:

    Michael P. Kelly
    McCarter & English, LLP
    919 N. Market Street, Suite 1800
    Wilmington, DE 19801

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        /s/ Susan W. Waesco
        Martin P. Tully (#465)
        David A. Harris (#3568)
        Susan W. Waesco (#4476)
        Samuel T. Hirzel, II (#4415)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE 19899-1347
        (302) 658-9200
          Attorneys for Plaintiff Werner L. Polak

May 5, 2006

CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2006, I electronically filed the foregoing **Notice of Service** with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Michael P. Kelly
McCarter & English, LLP
919 N. Market Street, Suite 1800
Wilmington, DE 19801

_____
Susan Wood Waesco (#4476)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
swaesco@mnat.com
   Attorneys for Plaintiff Werner L. Polak

May 5, 2006