IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WERNER L. POLAK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| JOHN M. KOBAYASHI, | ) C.A. No. 05-330-SLR ) |
| Defendant, | ) ) |
| and | ) ) |
| POKOBO, L.L.C., | ) ) |
| Nominal Defendant. | ) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 8th day of May 2006, a true and correct copy of the foregoing DEFENDANT JOHN M. KOBAYASHI'S RESPONSE TO PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS was served by hand delivery on the following attorney(s) of record:

Martin P. Tully, Esquire
David A. Harris, Esquire
Susan Wood Waesco, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

McCARTER & ENGLISH, LLP

/s/ Michael P. Kelly
_____
Michael P. Kelly (Del. Bar #2295)
919 North Market Street
Suite 1800
P.O. Box 111
Wilmington, DE 19899
(302) 984-6300
Attorneys for Defendant

Dated: March 8, 2006