IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WERNER L. POLAK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| JOHN M. KOBAYASHI, | ) ) C.A. No. 05-330-JJF |
| Defendant, | ) ) |
| and | ) ) |
| POKOBO, L.L.C., | ) ) |
| Nominal Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 8th day of May 2006, a true and correct copy of the foregoing JOHN M. KOBAYASHI'S INITIAL DISCLOSURES PURSUANT TO Fed. R. Civ. P. 26(a)(1) was served via hand delivery on the following attorney(s) of record:

Martin P. Tully, Esquire
David A. Harris, Esquire
Susan Wood Waesco, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

McCARTER & ENGLISH, LLP

/s/ Michael P. Kelly
_____
Michael P. Kelly (Del. Bar #2295)
919 North Market Street
Suite 1800
P.O. Box 111
Wilmington, DE 19899
(302) 984-6300
Attorneys for Defendant

ME1\5637603.1