IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WERNER L. POLAK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-330-SLR |
| | ) |
| JOHN M. KOBAYASHI, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| POKOBO, LLC, | ) |
| | ) |
| Nominal Defendant. | ) |

**SUPPLEMENTAL SCHEDULING ORDER**

At Wilmington this 11th day of May 2006, having conferred with the parties;

IT IS ORDERED that:

1. **Discovery Disputes.** Any discovery dispute shall be submitted to the court pursuant to Fed. R. Civ. P. 37. During the course of discovery, each party is limited to **two (2)** Rule 37 motions. The court shall make itself available, however, to resolve through a telephone conference, disputes that arise during the course of a deposition and disputes related to entry of a protective order.

2. **Applications by Motion.** Any application to the court shall be by written motion filed with the clerk. Unless otherwise requested by the court, counsel shall not deliver

copies of papers or correspondence to chambers. **Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1.**

3. **Motions in Limine.** All motions in limine shall be filed on or before **July 26, 2007**. All responses to said motions shall be filed on or before **August 2, 2007.**

4. **Pretrial Conference.** A pretrial conference will be held on **August 9, 2007 at 4:30 p.m.** in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. The Federal Rules of Civil Procedure and D. Del. LR 16.4 shall govern the pretrial conference.

5. **Trial.** This matter is scheduled for a bench trial commencing on **August 27, 2007** in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. For purposes of completing pretrial preparations, the parties should plan on being allocated a total number of hours in which to present their respective cases.

IT IS FURTHER ORDERED that paragraphs numbered 5, 7, 8, and 9 of the March 24, 2006 scheduling order (D.I. 34) are **no longer in effect**. All other provisions of said order remain in full effect in conjunction with this supplemental order.

                                        _/s/ Sue L. Robinson_____
                                        United States District Judge