## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 14th day of July, 2006, a true and correct copy of the foregoing Motion for Admission *Pro Hac* Vice for John P. Akolt, III was served via e-file on the following attorney(s) of record:

Martin P. Tully, Esquire
David A. Harris, Esquire
Susan Wood Waesco, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347


/s/ Andrew S. Dupre
_____
Andrew S. Dupre (DE Bar ID # 4621)

ME1\5744270.1