IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| WERNER L. POLAK,<br><br>            Plaintiff,<br><br>    v.<br><br>JOHN M. KOBAYASHI,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 05-330-SLR<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of John P. Akolt, III to represent Defendant John Kobayashi in this matter.

                                  McCARTER & ENGLISH, LLP

                                  /s/ Andrew S. Dupre
                                  _____
                                  Andrew S. Dupre (DE ID# 4621)
                                  919 North Market Street, Suite #1800
                                  P. O. Box 111
                                  Wilmington, DE  19899
                                  (302) 984-6300

                                  Attorney for Defendant,
                                  John Kobayashi

Dated: July 14, 2006

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WERNER L. POLAK, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | C.A. No. 05-330-SLR |
| JOHN M. KOBAYASHI, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* for John P. Akolt, III is GRANTED.

Date:_____        _____
                                    United States District Judge

ME1\5744672.1