IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WERNER L. POLAK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 05-330-SLR |
| JOHN M. KOBAYASHI, | ) ) ) |
| Defendant, | ) ) |
| and | ) ) |
| POKOBO, L.L.C., | ) ) |
| Nominal Defendant. | ) |

## NOTICE OF SERVICE

I, Michael P. Kelly, hereby certify that on August 31, 2006 a true and correct copy of Defendant John M. Kobayashi's First Set of Requests for Admissions was served by first class mail by depositing a true copy thereof postage prepaid in the United States Mail upon the following counsel:

Martin P. Tully, Esq.
David A. Harris, Esq.
Susan Wood Waesco, Esq.
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302)658-9200
Attorneys for Plaintiff

**McCARTER & ENGLISH, LLP**

By: /s/ Michael P. Kelly
  _____
  Michael P. Kelly, Esq. (ID 2295)
  919 N. Market Street, Suite 1800
  Wilmington, DE 19801-3023
  302-984-6300
  Attorneys for Defendant,
  John M. Kobayashi

ME1\5827545.1