IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WERNER L. POLAK,                          )
                                          )
                    Plaintiff,            )
                                          )
        v.                                )
                                          )
JOHN M. KOBAYASHI,                        )        C.A. No. 05-330-SLR
                                          )
                    Defendant,            )
                                          )
        and                               )
                                          )
POKOBO, L.L.C.,                           )
                                          )
                    Nominal Defendant.    )

## <u>NOTICE OF SERVICE</u>

PLEASE TAKE NOTICE THAT on September 1, 2006, true copies of **Plaintiff's**

**First Set Of Interrogatories** Directed To Defendant were served, by hand delivery, on the

following counsel of record, at the address indicated:

> Michael P. Kelly
> McCarter & English, LLP
> 919 N. Market Street, Suite 1800
> Wilmington, DE 19801

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Martin P. Tully (#465)
David A. Harris (#3568)
Susan W. Waesco (#4476)
Samuel T. Hirzel, II (#4415)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
    Attorneys for Plaintiff Werner L. Polak

September 1, 2006

CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2006, I electronically filed the foregoing

**Notice of Service** with the Clerk of Court using CM/ECF, which will send notification of such

filing to the following:

Michael P. Kelly
McCarter & English, LLP
919 N. Market Street, Suite 1800
Wilmington, DE 19801

_____
Susan Wood Waesco (#4476)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
swaesco@mnat.com
    Attorneys for Plaintiff Werner L. Polak

September 1, 2006