IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WERNER L. POLAK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JOHN M. KOBAYASHI, ) | C.A. No. 05-330-SLR |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| POKOBO, L.L.C., ) | |
| ) | |
| Nominal Defendant. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT on September 8, 2006, true copies of **Plaintiff's Supplemental Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) Directed To Defendant** were served, by hand delivery, on the following counsel of record, at the address indicated:

Michael P. Kelly
McCarter & English, LLP
919 N. Market Street, Suite 1800
Wilmington, DE 19801

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                /s/ Susan W. Waesco
                Martin P. Tully (#465)
                David A. Harris (#3568)
                Susan W. Waesco (#4476)
                Samuel T. Hirzel, II (#4415)
                1201 N. Market Street
                P.O. Box 1347
                Wilmington, DE 19899-1347
                (302) 658-9200
                  Attorneys for Plaintiff Werner L. Polak

September 8, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2006, I electronically filed the foregoing **Notice of Service** with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Michael P. Kelly
McCarter & English, LLP
919 N. Market Street, Suite 1800
Wilmington, DE 19801

/s/ Susan W. Waesco
Susan Wood Waesco (#4476)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
swaesco@mnat.com
   Attorneys for Plaintiff Werner L. Polak

September 8, 2006