IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WERNER L. POLAK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JOHN M. KOBAYASHI, | ) C.A. No. 05-330-SLR |
| | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| POKOBO, L.L.C., | ) |
| | ) |
| Nominal Defendant. | ) |

### NOTICE OF SUBPOENA

PLEASE TAKE NOTICE that the subpoena attached hereto as Exhibit 1 will be served upon the following: The Lutheran Church of the Holy Trinity, 77-165 Lako Street, Kailua-Kona, HI 96740.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Lisa Whittaker*

Martin P. Tully (#465)
David A. Harris (#3568)
Susan W. Waesco (#4476)
Samuel T. Hirzel, II (#4415)
Lisa Whittaker (#4614)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
Attorneys for Plaintiff Werner L. Polak

September 13, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2006, I electronically filed the foregoing **Notice of Subpoena** with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Michael P. Kelly
McCarter & English, LLP
919 N. Market Street, Suite 1800
Wilmington, DE 19801

/s/ Lisa Whittaker
Lisa Whittaker (#4614)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
lwhittaker@mnat.com
   Attorneys for Plaintiff Werner L. Polak

September 13, 2006