IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WERNER L. POLAK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JOHN M. KOBAYASHI, | ) C.A. No. 05-330-SLR |
| | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| POKOBO, L.L.C., | ) |
| | ) |
| Nominal Defendant. | ) |

## NOTICE OF SUBPOENA

PLEASE TAKE NOTICE that the subpoena attached hereto as Exhibit 1 will be served upon the following: The Mission Investment Fund of the Evangelical Lutheran Church in America, 8765 West Higgins Road, Chicago, IL 60631.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Lisa Whittaker*

Martin P. Tully (#465)
David A. Harris (#3568)
Susan W. Waesco (#4476)
Samuel T. Hirzel, II (#4415)
Lisa Whittaker (#4614)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
   Attorneys for Plaintiff Werner L. Polak

September 13, 2006

CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2006, I electronically filed the foregoing **Notice of Subpoena** with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

    Michael P. Kelly
    McCarter & English, LLP
    919 N. Market Street, Suite 1800
    Wilmington, DE 19801

    /s/ Lisa Whittaker
    Lisa Whittaker (#4614)
    MORRIS, NICHOLS, ARSHT & TUNNELL LLP
    1201 N. Market Street
    P.O. Box 1347
    Wilmington, DE 19899-1347
    (302) 658-9200
    lwhittaker@mnat.com
      Attorneys for Plaintiff Werner L. Polak

September 13, 2006