IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WERNER L. POLAK,                          )
                                          )
                Plaintiff,                )
                                          )
        v.                                )
                                          )
JOHN M. KOBAYASHI,                        )        C.A. No. 05-330-SLR
                                          )
                Defendant,                )
                                          )
        and                               )
                                          )
POKOBO, L.L.C.,                           )
                                          )
                Nominal Defendant.        )

## NOTICE OF SUBPOENA

PLEASE TAKE NOTICE that the subpoena attached hereto as Exhibit 1 will be

served upon the following:  Colin M. Grubb & Associates, LLC, CPAs, 1633 Fillmore Street,

Suite 214, Denver, CO 80206.


                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP


                        Martin P. Tully (#465)
                        David A. Harris (#3568)
                        Susan W. Waesco (#4476)
                        Samuel T. Hirzel, II (#4415)
                        Lisa Whittaker (#4614)
                        1201 N. Market Street
                        P.O. Box 1347
                        Wilmington, DE  19899-1347
                        (302) 658-9200
                            Attorneys for Plaintiff Werner L. Polak

September 13, 2006

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 13, 2006, I electronically filed the foregoing

**Notice of Subpoena** with the Clerk of Court using CM/ECF, which will send notification of

such filing to the following:

Michael P. Kelly
McCarter & English, LLP
919 N. Market Street, Suite 1800
Wilmington, DE 19801

Lisa Whittaker (#4614)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
lwhittaker@mnat.com
    Attorneys for Plaintiff Werner L. Polak

September 13, 2006