**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WERNER L. POLAK, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 05-330-SLR |
| : | |
| JOHN M. KOBAYASHI, : | |
| : | |
| Defendant : | |
| : | |
| and : | |
| : | |
| POKOBO, L.L.C., : | |
| : | |
| Nominal Defendant. : | |

**ORDER**

At Wilmington this **18th** day of **September, 2006**,

IT IS ORDERED that the mediation conference scheduled for Wednesday, December 13, 2006 at 10:00 a.m. has been rescheduled to **Friday, April 20, 2007 at 10:00 a.m.** Mediation statements shall now be due on or before **Tuesday, April 20, 2007.** All other provisions of the Court's May 17, 2006 Order shall remain in full force and effect.

IT IS FURTHER ORDERED that a teleconference has been scheduled for **Friday, March 2, 2007 at 9:00 a.m.** to discuss the status of the case and the scheduled mediation date. **Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE