UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WERNER L. POLAK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN M. KOBAYASHI, | ) | C.A. No. 05-330-JJF |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| POKOBO, L.L.C., | ) | |
| | ) | |
| Nominal Defendant. | ) | |

## NOTICE OF SERVICE OF SUBPOENAS

The undersigned hereby certifies that subpoenas were caused to be served on The Lutheran Church of the Holy Trinity, The Mission Investment Fund of the Evangelical Lutheran Church in America and Colin M. Grubb & Associates, LLC, CPA's as evidenced by the attached Affidavits of Service.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Lisa Whittaker

Martin P. Tully (#465)
David A. Harris (#3568)
Susan W. Waesco (#4476)
Samuel T. Hirzel, II (#4415)
Lisa C. Whittaker (#4614)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
  Attorneys for Plaintiff Werner L. Polak

October 17, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2006, I electronically filed the foregoing **Affidavit of Service** with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

> Michael P. Kelly
> McCarter & English, LLP
> 919 N. Market Street, Suite 1800
> Wilmington, DE 19801

> /s/ Lisa Whittaker
> Lisa Whittaker (#4614)
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE 19899-1347
> (302) 658-9200
> lwhittaker@mnat.com
>   Attorneys for Plaintiff Werner L. Polak

October 17, 2006