UNITED STATES DISTRICT COURT DISTRICT OF COLORADO

Index No. 05-330(SLR)

WERNER L. POLAK
, Plaintiff(s)

- against -

JOHN M. KOBAYASHI AND POKOBO, L.L.C.
, Defendant(s)

State of Hawaii )
) ss.:
County of Hawaii )

## AFFIDAVIT OF SERVICE

DAVID R. TAYLOR being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of Hawaii. That on 09/19/2006 at 8:40 AM at:
THE LUTHERAN CHURCH OF THE HOLY TRINITY
77-165 LAKO STREET
KAILUA-KONA HI 96740
Deponent served the annexed:

SUBPOENA IN A CIVIL CASE
on THE LUTHERAN CHURCH OF THE HOLY TRINITY

a religious orginization and/or corporation.
by delivering thereat a true copy to REV. RANDALL MUNDT
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
REVEREND and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 55  HEIGHT: 6'3''  WEIGHT: 200   HAIR: BROWN   RACE: WHITE   SEX: MALE

$45.00 the authorized witness fee was tendered to the recipient.

DAVID R. TAYLOR   License #

SWORN TO BEFORE ME Sherry E. Richardi
on this 6th day of October 2006.

Notary Public, State of Hawaii
My commission expires: May 5, 2007

OUR DOC# 15523
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington DE 19899
302-658-9200

```
UNITED STATES DISTRICT COURT DISTRICT OF COLORADO
                                                    Index No. 05-330(SLR)
_____
WERNER L. POLAK
                                                            , Plaintiff(s)

                              -  against  -

JOHN M. KOBAYASHI AND POKOBO, L.L.C.
                                                            , Defendant(s)
_____
State of Illinois         )
                          ) SS.:
County of DuPage          )

                          AFFIDAVIT OF SERVICE

Karl D. Brown being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of Illinois.  That on 09/20/2006 at  1:10 PM at:
         THE MISSION INVESTMENT FUND OF THE EVANGELICAL
              LUTHERAN CHURCH IN AMERICA
         8765 WEST HIGGINS ROAD
         CHICAGO IL 60631
Deponent served the:

SUBPOENA IN A CIVIL CASE

on THE MISSION INVESTMENT FUND OF THE EVANGELICAL LUTHERAN CHURCH IN AMERICA

a domestic and/or foreign corporation
by delivering thereat a true copy to LETTY VILLALON
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
DIRECTOR OF HUMAN RESOURCES AND RISK MAN and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 43  HEIGHT: 5'1''   WEIGHT: 160    HAIR: BLACK     RACE: LT BROWN SEX: FEMALE
OTHER: GLASSES

$50.00 the authorized witness fee was tendered to the recipient.
```

_Karl D. Brown_     License #

SWORN TO BEFORE ME  9/20/06

OUR DOC# 15524
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington DE 19899
302-658-9200

OFFICIAL SEAL
ROBERT D FAIRBANKS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/08/10

UNITED STATES DISTRICT COURT DISTRICT OF COLORADO

Index No. 05-330(SLR)

WERNER L. POLAK

, Plaintiff(s)

- against -

JOHN M. KOBAYASHI AND POKOBO, L.L.C.

, Defendant(s)

State of Colorado     )
                      ) SS.:
County of DENVER      )

### AFFIDAVIT OF SERVICE

MEGAN GRIMES being duly sworn, deposes and says
that she is over the age of 18 years; is not a party to this action and resides
within the State of Colorado.  That on 09/15/2006 at  3:51 PM at:
    COLIN M. GRUBB & ASSOCIATES, LLC, CPA'S
    20 WEST DRY CREEK CIRCLE
    SUITE 200
    LITTLETON CO 80120
Deponent served the:

SUBPOENA IN A CIVIL CASE

on COLIN M. GRUBB & ASSOCIATES, LLC, CPA'S

a domestic and/or foreign corporation
by delivering thereat a true copy to COLIN M. GRUBB
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
OWNER and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 35  HEIGHT: 5'7''   WEIGHT: 150    HAIR: BROWN     RACE: WHITE     SEX: MALE

$45.00 the authorized witness fee was tendered to the recipient.

SWORN TO BEFORE ME 9-19-06

MEGAN GRIMES     License # none required

OUR DOC# 15522
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington DE 19899
302-658-9200

My Commission Expires Aug. 15, 2007