IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| WERNER L. POLAK,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN M. KOBAYASHI,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 05-330-SLR<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I, Michael P. Kelly, hereby certify that a true and correct copy of Defendant John M. Kobayashi's Answers and Responses to Plaintiff's First Set of Interrogatories Directed to Defendant were served by hand delivery on this 17th day of November, 2006, upon the following counsel of record:

 Martin P. Tully, Esquire
 David A. Harris, Esquire
 Susan Wood Waesco, Esquire
 Morris, Nichols, Arsht & Tunnell
 1201 N. Market Street
 P.O. Box 1347
 Wilmington, DE 19899-1347

           McCARTER & ENGLISH, LLP

           /s/ Andrew S. Dupre

           Andrew S. Dupre (DE ID# 4621)
           919 North Market Street, Suite #1800
           P. O. Box 111
           Wilmington, DE 19899
           (302) 984-6300

           Attorney for Defendant,
           John Kobayashi

Dated: October 17, 2006