## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 17th day of November, 2006, a true and correct copy of the foregoing Notice of Service was served via e-file and hand delivery on the following attorney(s) of record:

Martin P. Tully, Esquire
David A. Harris, Esquire
Susan Wood Waesco, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

/s/ Andrew S. Dupre

_____

Andrew S. Dupre (DE Bar ID # 4621)

ME1\5744270.1