IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WERNER L. POLAK, | ) |
|        Plaintiff, | ) |
| v. | ) |
| JOHN M. KOBAYASHI, | ) C.A. No. 05-330-SLR |
|        Defendant, | ) |
| and | ) |
| POKOBO, L.L.C., | ) |
|        Nominal Defendant. | ) |

## NOTICE OF SERVICE

I hereby certify that **PLAINTIFF'S RESPONSES AND OBJECTIONS TO JOHN M. KOBAYASHI'S FIRST SET OF INTERROGATORIES** were caused to be served on October 17, 2006 upon the following as indicated:

**BY HAND**
Michael P. Kelly
Citizens Bank Building
919 N. Market Street, 18th Floor
Wilmington, DE 19801

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_/s/ Samuel T. Hirzel_
Samuel T. Hirzel (#4415)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
shirzel@mnat.com
Attorney for Plaintiff

513259