IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WERNER L. POLAK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JOHN M. KOBAYASHI, ) | C.A. No. 05-330-SLR |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| POKOBO, L.L.C., ) | |
| ) | |
| Nominal Defendant. ) | |

## NOTICE OF SERVICE

I hereby certify that **PLAINTIFF'S RESPONSES AND OBJECTIONS TO JOHN M. KOBAYASHI'S FIRST SET OF REQUESTS FOR ADMISSIONS** were caused to be served on October 17, 2006 upon the following as indicated:

**BY HAND**
Michael P. Kelly
Citizens Bank Building
919 N. Market Street, 18th Floor
Wilmington, DE 19801

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Samuel T. Hirzel

Samuel T. Hirzel (#4415)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
shirzel@mnat.com
  Attorney for Plaintiff

513259