IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WERNER L. POLAK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN M. KOBAYASHI, | ) | C.A. No. 05-330-SLR |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| POKOBO, L.L.C., | ) | |
| | ) | |
| Nominal Defendant. | ) | |

## NOTICE OF SERVICE

I hereby certify that **PLAINTIFF'S RESPONSES AND OBJECTIONS TO JOHN M. KOBAYASHI'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS** were caused to be served on October 17, 2006 upon the following as indicated:

**BY HAND**
Michael P. Kelly
Citizens Bank Building
919 N. Market Street, 18th Floor
Wilmington, DE 19801

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Samuel T. Hirzel (#4415)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
shirzel@mnat.com
Attorney for Plaintiff

513259