IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WERNER L. POLAK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN M. KOBAYASHI, | ) | C.A. No. 05-330-SLR |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| POKOBO, L.L.C., | ) | |
| | ) | |
| Nominal Defendant. | ) | |

**NOTICE OF  WITHDRAWAL AS COUNSEL FOR
DEFENDANT JOHN M. KOBAYASHI
AND
ENTRY OF APPEARANCE BY BEN T. CASTLE AND KAREN E. KELLER ON
BEHALF OF DEFENDANT JOHN M. KOBAYASHI**

Pursuant to Rule 83.7 of the District Court of Delaware Local Rules, Michael P. Kelly, on behalf of himself and his law firm, McCarter & English LLP, hereby withdraws as counsel for the defendant, John M. Kobayashi, in the above-captioned matter.

Ben T. Castle and Karen E. Keller hereby enter their appearances on their behalf and on behalf of the firm of Young Conaway Stargatt & Taylor, LLP for the Defendant John M. Kobayashi.  Ben T. Castle and Karen E. Keller are members of the Bar of this Court.

John P. Akolt, III of the firm of Akolt & Akolt, Denver, Colorado, remains as *pro hac vice* counsel for the Defendant John M. Kobayashi.

DATED:  November 13, 2006

*O.S. Dupe (#4621) for Mike Kelly*

Michael P. Kelly (#2295) [mkelly@mccarter.com]
McCarter & English, LLP
919 N. Market Street, Suite 1800
P. O. Box 111
Wilmington, DE  19899
(302) 984-6302
Fax:  (302) 984-6399

*Karen E. Keller*

Ben T. Castle  (# 520) [bcastle@ycst.com]
Karen E. Keller (#4489) [kkeller@ycst.com]
Young Conaway Stargattt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801
(302) 571-6600
Fax:  (302) 571-1253

## CERTIFICATE OF SERVICE

I, Karen E. Keller, hereby certify that on November 13, 2006,  I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Martin P. Tully, Esquire
> David A. Harris, Esquire
> Susan Wood Waesco, Esquire
> Morris Nichols Arsht & Tunnell LLP
> 1201 North Market Street
> PO Box 1347
> Wilmington, DE 19899-1347

I further certify that on November 13, 2006, I caused a copy of the foregoing document to be served by hand delivery and e-mail on the above-listed counsel of record.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Karen E. Keller*

Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801
(302) 571-6600
kkeller@ycst.com

*Attorneys for John M. Kobayashi*