IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WERNER L. POLAK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| JOHN M. KOBAYASHI, | ) C.A. No. 05-330-SLR |
| Defendant, | ) ) ) |
| and | ) ) |
| POKOBO, L.L.C., | ) ) |
| Nominal Defendant. | ) |

**ORDER GRANTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

On this ____ day of _____, 2006, is HEREBY ORDERED that Michael P. Kelly, on behalf of himself and McCarter & English, LLP is hereby released as counsel for the Defendant John M. Kobayashi and Ben T. Castle and Karen E. Keller on their behalf and on behalf of the firm of Young Conaway Stargatt & Taylor, LLP are accepted as substitute counsel for the Defendant John M. Kobayashi.

John P. Akolt, III remains as *pro hac vice* counsel for Defendant John M. Kobayashi.

_____
United States District Judge