IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WERNER L. POLAK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| JOHN M. KOBAYASHI, | ) | C.A. No. 05-330 (SLR) |
| | ) | |
| Defendant, | ) | |
| and | ) | |
| | ) | |
| POKOBO, L.L.C., | ) | |
| | ) | |
| Nominal Defendant. | ) | |
| | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT true and correct copies of *Supplemental Responses And Objections To Defendant John M. Kobayashi's First Set Of Interrogatories* were caused to be served on November 24, 2006, by hand delivery upon the following counsel of record:

    Ben T. Castle
    Karen E. Keller
    YOUNG, CONAWAY, STARGATT & TAYLOR
    1000 West Street, 17th Floor
    P.O. Box 391
    Wilmington, DE  19899-0391

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Susan W. Waesco*

───────────────────────────────
Martin P. Tully (#465)
David A. Harris (#3568)
Susan W. Waesco (#4476)
Samuel T. Hirzel, II (#4415)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
swaesco@mnat.com
  *Attorneys for Plaintiff Werner L. Polak*

Dated:  November 24, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>Ben T. Castle
>Karen E. Keller
>YOUNG, CONAWAY, STARGATT & TAYLOR
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE  19899-0391

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on November 24, 2006 upon the following counsel of record in the manner indicated:

### BY HAND

>Ben T. Castle
>Karen E. Keller
>YOUNG, CONAWAY, STARGATT & TAYLOR
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE  19899-0391

*/s/ Susan W. Waesco*

Susan W. Waesco (#4476)