IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WERNER L. POLAK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JOHN M. KOBAYASHI, | )    C.A. No. 05-330 (SLR) |
| | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| POKOBO, L.L.C., | ) |
| | ) |
| Nominal Defendant. | ) |

NOTICE OF DEPOSITION

TO:

Ben T. Castle
Karen E. Keller
YOUNG, CONAWAY, STARGATT & TAYLOR
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30 (b)(6) counsel for Plaintiff shall take the telephonic deposition by oral examination of the Evangelical Lutheran Church in America, 8765 West Higgins Road, Chicago, IL 60631 by Harvey Olson regarding the topics of examination set forth on Schedule A on January 8, 2007 at 10:00 a.m. EST (9:00 a.m. CST).  Counsel for Plaintiff shall conduct the deposition from the offices of Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, Delaware 19801.  The deponent shall be deposed at Evangelical Lutheran Church in America, 8765 West Higgins Road, Chicago, IL 60631.  The deposition will be recorded by stenographic means before a Notary Public or other officer authorized to administer oaths.  You are invited to attend and cross examine.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Martin P. Tully (#465)
David A. Harris (#3568)
Susan W. Waesco (#4476)
Samuel T. Hirzel, II (#4415)
1201 N. Market Street
Wilmington, DE  19801
(302) 658-9200
shirzel@mnat.com
  Attorneys for Plaintiff

December 7, 2006