IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WERNER L. POLAK, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) |
| JOHN M. KOBAYASHI, | ) ) C.A. No. 05-330-SLR |
| Defendant, | ) ) ) |
| and | ) ) |
| POKOBO, L.L.C., | ) ) ) |
| Nominal Defendant. | ) |

**NOTICE OF SUBPOENA OF MARGERY S. BRONSTER
BRONSTER CRABTREE & HOSIBATA**

TO:   Martin P. Tully, Esquire
      David A. Harris, Esquire
      Susan Wood Waesco, Esquire
      Morris Nichols Arsht & Tunnell LLP
      1201 North Market Street
      PO Box 1347
      Wilmington, DE 19899-1347

   PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, John M. Kobayashi has served the attached subpoena upon Margery S. Bronster, Bronster, Crabtree & Hoshibata.

Dated: December 18, 2006                     **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Karen E. Keller*
Ben T. Castle (# 520)
Karen E. Keller (#4489)
Young Conaway Stargattt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
Fax: (302) 571-1253
kkeller@ycst.com
*Attorneys for Defendant John M. Kobayashi*

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| WERNER L. POLAK,<br><br>       Plaintiff,<br><br>  v.<br><br>JOHN M. KOBAYSHI,<br><br>       Defendant,<br>  and<br><br>POKOBO, L.L.C.,<br>       Nominal Defendant. | SUBPOENA IN A CIVIL CASE<br><br>Civil Action No. 05-330(SLR)<br>(D.DEL.) |

To:    Margery S. Bronster; Bronster Crabtree & Hoshibata, 2300 Pauhi Tower, 1001 Bishop Street, Honolulu, Hawaii

---

☐    YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |

---

XX    YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a Federal Rules of Civil Procedure 30(b)(6) deposition in the above case:

PLACE OF DEPOSITION

    Ralph Rosenberg Court Reporters
    1001 Bishop Street
    American Savings Bank Tower
    Suite 2460
    Honolulu, Hawaii 96813

DATE AND TIME

    December 21, 2006
    9:00 a.m. local time

---

XX    YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

    All documents or correspondence to or from Michael Matsukawa, or to or from any consultant or attorney acting by or on behalf of Pokobo, LLC

---

| PLACE | DATE AND TIME |
|---|---|
| Ralph Rosenberg Court Reporters<br>1001 Bishop Street<br>American Savings Bank Tower<br>Suite 2460<br>Honolulu, Hawaii 96813 | |

DATE AND TIME

December 21, 2006
9:00 a.m. local time

☐     YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|

Pro Hac Vice Attorney for Defendant
John M. Kobayashi
December 12, 2006

| ISSUING OFFICERS NAME, ADDRESS AND PHONE NUMBER | TELEPHONE |
|---|---|

John P. Akolt, III
1880 Arapahoe St., Suite 2005
Denver, CO  80202
303-903-7029

**PROOF OF SERVICE**

|  | DATE | PLACE |
|---|---|---|
| SERVED | | |
| SERVED ON (PRINT NAME) | | MANNER OF SERVICE |
| SERVED BY (PRINT NAME) | | TITLE |

**DECLARATION OF SERVICE**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct:

Executed on: _____
                    Date

                                                                   Signature of Server

                                                                     Address of Server

RULE 45, FEDERAL RULES OF CIVIL PROCEDURE, PARTS C & D
© Protection of Persons Subject to Subpoenas

(1) A party or any attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inpecgion or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, pon notice to the person cmmanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the Court by which a subpoena was issued shall quash or modify the subpoena if it
    (i) fails to allow reasonable time for compliance;
    (ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provision of clause ©(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such p,ace within the state in which the trial is held, or
    (iii) required disclosures of privileged or other protected matter and no exception or waiver applies, or
    (iv) subjects a person to undue burden

(B) If a subpoena
    (i) required disclosures of a trade secret or other confidential research, development, or commercial information, or
    (ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert[s study made not at the request of any party, or
    (iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whiles behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA
    (1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.
    (2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

December 21, 2006
9:00 a.m. local time

☐   YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure 30(b)(6).

ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)     DATE

*[signature]*
Pro Hac Vice Attorney for Defendant
John M. Kobayashi
December 12, 2006

ISSUING OFFICERS NAME, ADDRESS AND PHONE NUMBER     TELEPHONE
John P. Akolt, III
1880 Arapahoe St., Suite 2005
Denver, CO 80202
303-903-7029

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | 12-14-06 | 1001 BISHOP ST. PAUAHI TOWER 2300 HONOLULU, HI 96813 |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| MARGERY S. BRONSTER | PERSONALLY HAND DELIVERED |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| NEAL F. YORO | PROCESS SERVER |

## DECLARATION OF SERVICE

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct:

Executed on: 12-14-06
Date

*[signature]*
Signature of Server

95-1022 AELIKE ST.
MILILANI, HI 96789
Address of Server

RULE 45, FEDERAL RULES OF CIVIL PROCEDURE, PARTS C & D
© Protection of Persons Subject to Subpoenas