## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WERNER L. POLAK, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-330-SLR |
| JOHN M. KOBAYASHI, | : |
| Defendant | : |
| and | : |
| POKOBO, L.L.C., | : |
| Nominal Defendant. | : |

## **ORDER**

At Wilmington this **25th** day of **January, 2007**,

IT IS ORDERED that the teleconference scheduled for Friday, March 2, 2007 at 9:00 a.m. and the mediation conference scheduled for Friday, April 20, 2007 at 10:00 a.m. are canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE