IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WERNER L. POLAK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JOHN M. KOBAYASHI, ) | C.A. No. 05-330-SLR |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| POKOBO, L.L.C., ) | |
| ) | |
| Nominal Defendant. ) | |

**STIPULATED SUPPLEMENTAL SCHEDULING ORDER**

WHEREAS, on March 24, 2006, the Court entered a Rule 16 Scheduling Order (D.I. 34) setting forth a schedule for the remainder of the action;

WHEREAS, on May 11, 2006, the Court entered a Supplemental Scheduling Order (D.I. 42) that, among other things, scheduled the case for a bench trial commencing on August 27, 2007, and modified certain provisions of the March 24, 2006 Scheduling Order;

WHEREAS, the Scheduling Order, as supplemented, provided for the completion of all fact discovery by December 21, 2006;

WHEREAS, the parties have completed the exchange of written discovery and document production;

WHEREAS, a death in the family of the lead attorney for Plaintiff in December 2006 made it impossible to conduct the four fact depositions originally noticed and agreed to by the parties prior to the December 21, 2006 fact discovery deadline;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

1. All fact discovery shall be commenced so as to be completed by April 13, 2007. Notwithstanding the extension of the fact discovery deadline, no depositions other than the four depositions that were previously noticed and agreed to by the parties will be permitted before the April 13, 2007 deadline.

2. All motions to amend the pleadings shall be filed on or before April 13, 2007.

3. Paragraphs 4(d) and 6 of the March 24, 2006 Scheduling Order are no longer in effect. All other provisions of the March 24, 2006 Scheduling Order, as modified by the May 11, 2006 Supplemental Scheduling Order, remain in full effect in conjunction with this Stipulated Supplemental Scheduling Order.

3

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ *Susan W. Waesco* <br> Martin P. Tully (#465) <br> Susan W. Waesco (#4476) <br> Samuel T. Hirzel (#4415) <br> 1201 N. Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899-1347 <br> (302) 658-9200 <br>   *Attorneys for Plaintiff Werner L. Polak* | /s/ *Karen E. Keller* <br> Ben T. Castle (#520) <br> Karen E. Keller (#4489) <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> Wilmington, Delaware 19801 <br> (302) 571-6600 <br>   *Attorneys for Defendant* <br>   *John M. Kobayashi* <br><br> OF COUNSEL: <br><br> John P. Akolt, III <br> AKOLT & AKOLT LLC <br> 1880 Arapahoe Street, #2005 <br> Denver, CO 80202 |
| March 2, 2007 | March 2, 2007 |

_____
United States District Judge