IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WERNER L. POLAK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JOHN M. KOBAYASHI, | )  C.A. No. 05-330-SLR |
| | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| POKOBO, L.L.C., | ) |
| | ) |
| Nominal Defendant. | ) |

## STIPULATED SUPPLEMENTAL SCHEDULING ORDER

WHEREAS, on March 13, 2007, the Court entered a Stipulated Scheduling Order (D.I. 67) extending the deadline for (i) the completion of fact depositions and (ii) the filing of any motions to amend the pleading to April 13, 2007;

WHEREAS, lead counsel for the Defendant was unavailable during the month of March due to trial commitments in other matters;

WHEREAS, the parties wish to extend the fact discovery deadline to accommodate scheduling conflicts that have arisen with the witnesses during the month of April 2007;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

1. Paragraphs 1 and 2 of the March 13, 2007 Stipulated Supplemental Scheduling Order are no longer in effect.

2. All fact discovery shall be commenced so as to be completed by June 1, 2007. Notwithstanding the extension of the fact discovery deadline, no depositions other than the four depositions that were previously noticed and agreed to by the parties will be permitted before the June 1, 2007 deadline.

3. All motions to amend the pleadings shall be filed on or before June 1, 2007.

4. The provisions of the March 24, 2006 Scheduling Order, as modified by the May 11, 2006 Supplemental Scheduling Order and the March 13, 2007 Stipulated Supplemental Scheduling Order, remain in full effect in conjunction with this supplemental order.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/Susan W. Waesco (#4476) | /s/Karen E. Keller (#4489) |
| Martin P. Tully (#465) | Ben T. Castle (#520) |
| Susan W. Waesco (#4476) | Karen E. Keller (#4489) |
| Samuel T. Hirzel (#4415) | The Brandywine Building |
| 1201 N. Market Street | 1000 West Street, 17th Floor |
| P.O. Box 1347 | Wilmington, Delaware 19801 |
| Wilmington, DE 19899-1347 | (302) 571-6600 |
| (302) 658-9200 | *Attorneys for Defendant* |
| *Attorneys for Plaintiff Werner L. Polak* | *John M. Kobayashi* |
| | OF COUNSEL: |
| | John P. Akolt, III |
| | AKOLT & AKOLT LLC |
| | 1880 Arapahoe Street, #2005 |
| | Denver, CO 80202 |
| April 13, 2007 | April 13, 2007 |

_____
United States District Judge