IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WERNER L. POLAK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JOHN M. KOBAYASHI, | ) C.A. No. 05-330 (SLR) |
| | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| POKOBO, L.L.C., | ) |
| | ) |
| Nominal Defendant. | ) |

<u>NOTICE OF DEPOSITION</u>

TO: Ben T. Castle
Karen E. Keller
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30(b)(6) counsel for Plaintiff shall take the deposition by oral examination of Colin M. Grubb Associates, LLC, CPA's by Colin M. Grubb regarding the topics set forth on Schedule B to the Subpoena attached hereto as Exhibit 1, commencing at 9:00 a.m. MDT on May 23, 2007 at the offices of Hogan & Hartson, One Tabor Center, 1200 Seventeenth Street, Suite 1500, Denver, CO 80202 or at such other time and place as shall be agreed upon by the parties. The deposition will continue from day to day until the examination is complete. The deposition will be recorded by stenographic means before a Notary Public or other officer authorized to administer oaths. You are invited to attend and cross examine.

May 8, 2007

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Susan W. Waesco*

Martin P. Tully (#465)
David A. Harris (#3568)
Susan W. Waesco (#4476)
Samuel T. Hirzel, II (#4415)
1201 N. Market Street
Wilmington, DE 19801
(302) 658-9200
swaesco@mnat.com
  Attorneys for Plaintiff