IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WERNER L. POLAK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JOHN M. KOBAYASHI, | ) C.A. No. 05-330-SLR |
| | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| POKOBO, L.L.C., | ) |
| | ) |
| Nominal Defendant. | ) |

### RE-NOTICE OF DEPOSITION OF THE PLAINTIFF
### WERNER L. POLAK

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, John M. Kobayashi, by his counsel, will take the deposition upon oral examination of plaintiff Werner L. Polak.

The deposition will take place May 11, 2007, beginning at 9:00 a.m. at the office of Young, Conaway, Stargatt & Taylor, LLP, Brandywine Building, 17th Floor, 1000 West Street, Wilmington, DE 19801. The deposition will be taken before a Notary Public or other person authorized to administer oaths by the laws of the United States, and will be recorded by stenographic and/or videographic means. The deposition will continue from day-to-day until completed.

| | |
|---|---|
| Dated: May 8, 2007 | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Karen E. Keller*<br>Ben T. Castle (# 520)<br>Karen E. Keller (#4489)<br>Young Conaway Stargattt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(302) 571-6600<br>Fax: (302) 571-1253<br>kkeller@ycst.com<br><br>*Attorneys for Defendant John M. Kobayashi* |

## CERTIFICATE OF SERVICE

I, Karen E. Keller, hereby certify that on May 8, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Martin P. Tully, Esquire
>David A. Harris, Esquire
>Susan Wood Waesco, Esquire
>Morris Nichols Arsht & Tunnell LLP
>1201 North Market Street
>PO Box 1347
>Wilmington, DE 19899-1347

I further certify that on May 8, 2007, I caused a copy of the foregoing document to be served by hand delivery and e-mail on the above-listed counsel of record.

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ Karen E. Keller
>Karen E. Keller (#4489)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19801
>(302) 571-6600
>kkeller@ycst.com
>
>Attorneys for John M. Kobayashi