IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WERNER L. POLAK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JOHN M. KOBAYASHI, | )   C.A. No. 05-330-SLR |
| | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| POKOBO, L.L.C., | ) |
| | ) |
| Nominal Defendant. | ) |

**STIPULATED SUPPLEMENTAL SCHEDULING ORDER**

WHEREAS, on April 19, 2007, the Court entered a Stipulated Scheduling Order (D.I. 68) extending the deadline for (i) the completion of fact depositions and (ii) the filing of any motions to amend the pleadings to June 1, 2007;

WHEREAS, defendant, John M. Kobayashi, was unable to attend his deposition on the dates previously agreed upon by the parties and noticed by Plaintiff (D.I. 69), due to emergency medical matters and appointments;

WHEREAS, the parties wish to extend the fact discovery deadline to accommodate scheduling conflicts that have arisen with the witnesses during the month of May 2007;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

1. Paragraphs 2 and 3 of the April 19, 2007 Stipulated Supplemental Scheduling Order are no longer in effect.

2. All fact discovery shall be commenced so as to be completed by June 22, 2007. Notwithstanding the extension of the fact discovery deadline, no depositions other than the depositions that were previously noticed and agreed to by the parties will be permitted before the June 22, 2007 deadline.

3. All motions to amend the pleadings shall be filed on or before June 22, 2007.

4. The provisions of the March 24, 2006 Scheduling Order, as modified by the May 11, 2006 Supplemental Scheduling Order, the March 13, 2007 Stipulated Supplemental Scheduling Order, and the April 19, 2007 Stipulated Supplemental Scheduling Order, remain in full effect in conjunction with this supplemental order.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Susan W. Waesco | /s/ Karen E. Keller |
| Martin P. Tully (#465)<br>Rodger D. Smith II (#3778)<br>Susan W. Waesco (#4476)<br>Samuel T. Hirzel (#4415)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>swaesco@mnat.com<br>  *Attorneys for Plaintiff Werner L. Polak* | Ben T. Castle (#520)<br>Karen E. Keller (#4489)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>(302) 571-6600<br>kkeller@ycst.com<br>  *Attorneys for Defendant*<br>  *John M. Kobayashi* |

OF COUNSEL:

John P. Akolt, III
AKOLT & AKOLT LLC
1880 Arapahoe Street, #2005
Denver, CO 80202

May 29, 2007

May 29, 2007


SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge