IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WERNER L. POLAK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JOHN M. KOBAYASHI, | )   C.A. No. 05-330 (SLR) |
| | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| POKOBO, L.L.C., | ) |
| | ) |
| Nominal Defendant. | ) |

### RE-NOTICE OF DEPOSITION

TO:   Ben T. Castle
      Karen E. Keller
      Young, Conaway, Stargatt & Taylor
      1000 West Street, 17th Floor
      P.O. Box 391
      Wilmington, DE  19899-0391

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(6), counsel for Plaintiff shall take the deposition by oral examination of Colin M. Grubb Associates, LLC, CPA's by Colin M. Grubb regarding the topics set forth on Schedule B to the Subpoena attached hereto as Exhibit 1, commencing at 9:00 a.m. MDT on June 12, 2007 at the offices of Hogan & Hartson, One Tabor Center, 1200 Seventeenth Street, Suite 1500, Denver, CO 80202 or at such other time and place as shall be agreed upon by the parties. The deposition will be taken before a notary public or other person authorized to administer oaths and will continue from day to day until completed. The deposition will be recorded by stenographic means and may also be videotaped. You are invited to attend and participate.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Susan W. Waesco
_____
Martin P. Tully (#465)
Rodger D. Smith II (#3778)
Susan W. Waesco (#4476)
Samuel T. Hirzel, II (#4415)
1201 N. Market Street
Wilmington, DE  19801
(302) 658-9200
swaesco@mnat.com
  Attorneys for Plaintiff

May 31, 2007