IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WERNER L. POLAK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JOHN M. KOBAYASHI, | )   C.A. No. 05-330-SLR |
| | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| POKOBO, L.L.C., | ) |
| | ) |
| Nominal Defendant. | ) |

**STIPULATED SUPPLEMENTAL SCHEDULING ORDER**

WHEREAS, on June 5, 2007, the Court entered a Stipulated Scheduling Order (D.I. 72) extending the deadline for (i) the completion of fact discovery and (ii) the filing of any motions to amend the pleading to June 22, 2007;

WHEREAS, the parties wish to extend these deadlines;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

1. Paragraphs 2 and 3 of the June 5, 2007 Stipulated Supplemental Scheduling Order are no longer in effect.

2. All fact discovery shall be commenced so as to be completed by June 26, 2007. Notwithstanding the extension of the fact discovery deadline, no depositions other than the four depositions that were previously noticed and agreed to by the parties will be permitted before the June 26, 2007 deadline.

3. All motions to amend the pleadings shall be filed on or before June 26, 2007.

4. The provisions of the March 24, 2006 Scheduling Order, as modified by the May 11, 2006 Supplemental Scheduling Order and the Stipulated Supplemental Scheduling Orders dated March 13, 2007, April 19, 2007, and June 5, 2007, remain in full effect in conjunction with this supplemental order.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Susan W. Waesco | /s/ Karen E. Keller |
| Martin P. Tully (#465) | Ben T. Castle (#520) |
| Rodger D. Smith II (#3778) | Karen E. Keller (#4489) |
| Susan W. Waesco (#4476) | The Brandywine Building |
| Samuel T. Hirzel (#4415) | 1000 West Street, 17th Floor |
| 1201 N. Market Street | Wilmington, Delaware 19801 |
| P.O. Box 1347 | (302) 571-6600 |
| Wilmington, DE 19899-1347 | *Attorneys for Defendant* |
| (302) 658-9200 | *John M. Kobayashi* |
| *Attorneys for Plaintiff Werner L. Polak* | |

OF COUNSEL:

John P. Akolt, III
AKOLT & AKOLT LLC
1880 Arapahoe Street, #2005
Denver, CO 80202

June 22, 2007                                    June 22, 2007

_____
United States District Judge