IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WERNER L. POLAK, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| JOHN M. KOBAYASHI, | )   C.A. No. 05-330 (SLR) |
| | ) |
| Defendant, | ) |
| and | ) |
| | ) |
| POKOBO, L.L.C., | ) |
| | ) |
| Nominal Defendant. | ) |
| | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT true and correct copies of: (1) Supplemental Responses And Objections To Defendant John M. Kobayashi's First Set Of Interrogatories; and (2) Supplemental Responses And Objections To Defendant John M. Kobayashi's First Set Of Requests For Admission were caused to be served on June 26, 2007, by e-mail and hand delivery upon the following counsel of record:

    Ben T. Castle
    Karen E. Keller
    YOUNG, CONAWAY, STARGATT & TAYLOR LLP
    1000 West Street, 17th Floor
    Wilmington, DE  19801

    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Rodger D. Smith II*
    _____
    Martin P. Tully (#465)
    Rodger D. Smith II (#3778)
    Susan W. Waesco (#4476)
    1201 N. Market Street
    P.O. Box 1347
    Wilmington, DE  19899-1347
    (302) 658-9200
    rsmith@mnat.com
      *Attorneys for Plaintiff Werner L. Polak*

June 26, 2007

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on June 26, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following in the manner indicated:

> Ben T. Castle
> Karen E. Keller
> Young, Conaway, Stargatt & Taylor LLP

and that on June 26, 2007, I caused copies to be served upon the following in the manner indicated:

### BY E-MAIL & HAND

> Ben T. Castle
> Karen E. Keller
> Young, Conaway, Stargatt & Taylor LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE  19801
> bcastle@ycst.com
> kkeller@ycst.com

*/s/ Rodger D. Smith II*
Rodger D. Smith II (#3778)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
(302) 658-9200
rsmith@mnat.com