IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WERNER L. POLAK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JOHN M. KOBAYASHI, ) | C.A. No. 05-330 (SLR) |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| POKOBO, L.L.C., ) | |
| ) | |
| Nominal Defendant. ) | |

**NOTICE OF SUBPOENA FOR THE
DEPOSITION OF ROSE REED**

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 45 and 30, Plaintiff Werner L. Polak, by its counsel, hereby serves Rose Reed with the attached subpoena commanding Ms. Reed to appear for deposition at the law offices of Hogan & Hartson, One Tabor Center, 1200 Seventeenth Street, Denver, CO 80202, on August 17, 2007 at 4:30 p.m. The deposition will be taken before a notary public or other person authorized to administer oaths and will continue from day to day until completed. The deposition will be recorded by stenographic means and may also be videotaped. You are invited to attend and participate.

                        MORRIS, NICHOLS, ARSHT AND TUNNELL LLP

                        /s/ Martin P. Tully
                        Martin P. Tully (#465)
                        Rodger D. Smith II (#3778)
                        Susan Wood Waesco (#4476)
                        1201 N. Market Street
                        P.O. Box 1347
                        Wilmington, DE  19899-1347
                        (302) 658-9200
                          *Attorneys for Plaintiff*

July 17, 2007

## CERTIFICATE OF SERVICE

I, Susan Wood Waesco, hereby certify that on July 17, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following in the manner indicated:

>Ben T. Castle
>Karen E. Keller
>Young, Conaway, Stargatt & Taylor LLP

and that on July 17, 2007, I caused copies to be served upon the following in the manner indicated:

### BY HAND

>Ben T. Castle
>Karen E. Keller
>Young, Conaway, Stargatt & Taylor LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19801
>bcastle@ycst.com
>kkeller@ycst.com

>*/s/ Susan Wood Waesco*
>Susan Wood Waesco (#4476)
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>(302) 658-9200
>swaesco@mnat.com