IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WERNER L. POLAK, | ) | |
|       Plaintiff, | ) | |
| v. | ) | |
| JOHN M. KOBAYASHI, | ) | C.A. No. 05-330-SLR |
|       Defendant, | ) | |
| and | ) | |
| POKOBO, L.L.C., | ) | |
|       Nominal Defendant. | ) | |

## PRETRIAL STIPULATION AND ORDER

WHEREAS, the parties wish to stipulate to the following deadlines and provisions in connection with the filing of the pretrial order;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

1. Plaintiff shall provide a draft pretrial order to Defendant by July 23, 2007, which shall include a draft of Plaintiff's exhibit list and Plaintiff's deposition designations.

2. Defendant shall provide his responses to Plaintiff's draft pretrial order by July 30, 2007, which shall include a draft of Defendant's exhibit list, Defendant's deposition designations, and Defendant's deposition counter-designations.

3. No motions in limine shall be filed; instead, the parties shall identify their evidentiary issues in the pretrial order and be prepared to address them at the pretrial conference and/or during trial (either before or after the trial day).

2

   4.  The parties shall exchange hard copies of their trial exhibits by August 14, 2007.

   5.  The parties shall file their objections to trial exhibits by August 20, 2007.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ *Susan W. Waesco* | /s/ *Ben T. Castle* |
| Martin P. Tully (#465) | Ben T. Castle (#520) |
| Rodger D. Smith II (#3778) | Karen E. Keller (#4489) |
| Susan W. Waesco (#4476) | The Brandywine Building |
| Samuel T. Hirzel (#4415) | 1000 West Street, 17th Floor |
| 1201 N. Market Street | Wilmington, Delaware 19801 |
| P.O. Box 1347 | (302) 571-6600 |
| Wilmington, DE 19899-1347 |  *Attorneys for Defendant* |
| (302) 658-9200 |  *John M. Kobayashi* |
|  *Attorneys for Plaintiff Werner L. Polak* | |
| | OF COUNSEL: |
| | John P. Akolt, III |
| | AKOLT & AKOLT LLC |
| | 1880 Arapahoe Street, #2005 |
| | Denver, CO 80202 |
| July 20, 2007 | July 20, 2007 |

_____
      United States District Judge