IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WERNER L. POLAK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-330-SLR |
| | ) |
| JOHN M. KOBAYASHI, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 3rd day of August, 2007, having reviewed plaintiff's motion for leave to amend his complaint, and the papers submitted in connection therewith;

IT IS ORDERED that said motion (D.I. 77) is granted in part and denied in part. More specifically, based on the characterization of plaintiff's claims found in the memorandum opinion issued in this case on August 22, 2005 (D.I. 18), the court agrees that plaintiff's proposed amendment to his fiduciary duty claim would destroy diversity jurisdiction. Given that defendant has only objected to the motion on that basis, the court concludes that the motion for leave to amend should be denied as to the fiduciary duty claim, but granted as to the equitable tolling and fraudulent concealment claims.

_____
United States District Judge