## CERTIFICATE OF SERVICE

I, Susan Wood Waesco, hereby certify that on August 6, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following in the manner indicated:

>Ben T. Castle
>Karen E. Keller
>Young, Conaway, Stargatt & Taylor LLP

and that on August 6, 2007, I caused copies to be served upon the following in the manner indicated:

### BY HAND

>Ben T. Castle
>Karen E. Keller
>Young, Conaway, Stargatt & Taylor LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE  19801

*/s/ Susan Wood Waesco*
Susan Wood Waesco (#4476)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
(302) 658-9200
swaesco@mnat.com