IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WERNER L. POLAK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-330-SLR |
| | ) |
| JOHN M. KOBAYASHI, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| POKOBO, L.L.C., | ) |
| | ) |
| Nominal defendant. | ) |

### SCHEDULING ORDER

At Wilmington this 14th day of August, 2007, IT IS HEREBY ORDERED that trial in the above captioned case shall proceed according to the following schedule:

| | |
|---|---|
| Monday, August 27, 2007 | 9:30 - 4:30 |
| Tuesday, August 28, 2007 | 9:30 - 4:30 |
| Wednesday, August 29, 2007 | 9:30 - 4:30 |
| Thursday, August 30, 2007 | 9:30 - 4:30 |

Each party shall have 12 hours in which to present his case. The issues relating to

defendant's health and deposition excerpts shall be addressed on the first day of trial.

_____
United States District Judge