IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WERNER L. POLAK, Plaintiff, | ) ) | |
| v. | ) ) | |
| JOHN M. KOBAYASHI, Defendant, | ) ) | C.A. No. 05-330 SLR |
| and | ) ) | |
| POKOBO, L.L.C., | ) ) | |
| Nominal Defendant | ) | |

### STATEMENT REQUIRED TO BE FILED WITH NON-DISPOSITIVE MOTIONS

I hereby certify that reasonable efforts to discuss this matter with opposing counsel have been made.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Ben T. Castle (520)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6618
Attorneys for Defendant