IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WERNER L. POLAK, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JOHN M. KOBAYASHI, Defendant, | )  C.A. No. 05-330 SLR |
| | ) |
| and | ) |
| | ) |
| POKOBO, L.L.C., | ) |
| | ) |
| Nominal Defendant | ) |

<u>STATEMENT REQUIRED TO BE FILED WITH NON-DISPOSITIVE MOTIONS</u>

I hereby certify that reasonable efforts to discuss this matter with opposing counsel have been made.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Ben T. Castle (520)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6618
Attorneys for Defendant