IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WERNER L. POLAK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN M. KOBAYASHI, | ) | C.A. No. 05-330 (SLR) |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| POKOBO, L.L.C., | ) | |
| | ) | |
| Nominal Defendant. | ) | |

**PLAINTIFF WERNER L. POLAK'S OBJECTIONS
TO DEFENDANT'S TRIAL EXHIBITS**

Pursuant to Paragraph 5 of the Pretrial Stipulation and Order entered on July 25, 2007 (D.I. 82), Plaintiff's Objections to Defendant's Trial Exhibits are attached hereto as Exhibit 1.

MORRIS, NICHOLS, ARSHT AND TUNNELL LLP

/s/ [signature]
Martin P. Tully (#465)
Rodger D. Smith II (#3778)
Susan Wood Waesco (#4476)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
*Attorneys for Plaintiff*

August 20, 2007