EXHIBIT 1

*Polak v. Kobayashi 05-330 (SLR)*

Plaintiff's Objections to Defendant's Trial Exhibits

| Def. Trial Exh. No. | Date | Beg. Production No. | End Production No. | Objections |
|---|---|---|---|---|
| 36 | 10/29/02 | WLP000566 | WLP000566 | Recalled as privileged by letter dated May 30, 2007 |
| 41 | | WLP000551 | WLP000551 | Recalled as privileged by letters dated December 7, 2006 and May 30, 2007 |
| 46 | 12/10/03 | WLP000181 | WLP000186 | Incomplete |
| 61 | 04/23/02 | JMK006280 | JMK006280 | Incomplete |
| 63 | 04/01/02 | JMK005862 | JMK005862 | Incomplete |
| 64 | 04/01/02 | JMK005863 | JMK005863 | Incomplete |
| 71 | 04/30/99 | JMK002789 | JMK002790 | Incomplete |
| 87 | 01/29/99 | JMK006081 | JMK006083 | Incomplete |
| 91 | 04/24/00 | JMK006272 | JMK006274 | Compound Exhibit |
| 94 | 02/22/99 | JMK006562 | JMK006563 | Incomplete |

1