## CERTIFICATE OF SERVICE

I, Susan Wood Waesco, hereby certify that on August 20, 2007, I caused the foregoing PLAINTIFF WERNER L. POLAK'S OBJECTIONS TO DEFENDANT'S TRIAL EXHIBITS to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following in the manner indicated:

>Ben T. Castle
>Karen E. Keller
>Young, Conaway, Stargatt & Taylor LLP

and that on August 20, 2007, I caused copies to be served upon the following in the manner indicated:

>**BY HAND**
>
>Ben T. Castle
>Karen E. Keller
>Young, Conaway, Stargatt & Taylor LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19801
>bcastle@ycst.com
>kkeller@ycst.com

Susan Wood Waesco (#4476)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
(302) 658-9200
swaesco@mnat.com