IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WERNER L. POLAK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN M. KOBAYASHI, | ) | C.A. No. 05-330 (SLR) |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| POKOBO, L.L.C., | ) | |
| | ) | |
| Nominal Defendant. | ) | |

**PLAINTIFF WERNER L. POLAK'S DEPOSITION DESIGNATIONS
OF LAURA BENNETT AND ROSE REED**

As a supplement to Exhibit 8 of the Joint Pretrial Order (D.I. 83), Plaintiff's Deposition Designations of Laura Bennett and Rose Reed are attached hereto as Exhibits 1 and 2.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II  (#3778)*
Martin P. Tully (#465)
Rodger D. Smith II (#3778)
Susan Wood Waesco (#4476)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
  *Attorneys for Plaintiff*

August 24, 2007
1219779.1

**CERTIFICATE OF SERVICE**

        I, Rodger D. Smith II, hereby certify that on August 24, 2007, I caused the foregoing PLAINTIFF WERNER L. POLAK'S DEPOSITION DESIGNATIONS OF LAURA BENNETT AND ROSE REED to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following in the manner indicated:

    Ben T. Castle
    Karen E. Keller
    Young, Conaway, Stargatt & Taylor LLP

and that on August 24, 2007, I caused copies to be served upon the following in the manner indicated:

**BY HAND**

    Ben T. Castle
    Karen E. Keller
    Young, Conaway, Stargatt & Taylor LLP
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, DE  19801
    bcastle@ycst.com
    kkeller@ycst.com

                */s/ Rodger D. Smith II  (#3778)*
                Rodger D. Smith, II (#3778)
                MORRIS, NICHOLS, ARSHT & TUNNELL LLP
                (302) 658-9200
                rsmith@mnat.com