# EXHIBIT 1

**PLAINTIFF'S DEPOSITION DESIGNATIONS**
**LAURA BENNETT**
**TAKEN ON 8/18/07**

| Beginning Page: Line No. | End Page: Line No. |
|---|---|
| 7:25 | 8:2 |
| 12:9 | 12:16 |
| 14:13 | 17:9 |
| 20:22 | 22:2 |
| 23:14 | 26:17 |
| 27:2 | 29:12 |
| 30:4 | 35:22 |
| 36:11 | 37:10 |
| 37:15 | 37:21 |
| 39:7 | 42:1 |
| 44:18 | 51:12 |
| 53:17 | 54:9 |
| 56:23 | 58:4 |
| 58:18 | 59:11 |
| 59:20 | 60:6 |
| 60:19 | 63:6 |

**EXHIBIT 1**