# EXHIBIT 2

**PLAINTIFF'S DEPOSITION DESIGNATIONS**
**ROSE REED**
**TAKEN ON 8/17/07**

| Beginning Page: Line No. | | End Page: Line No. |
|---|---|---|
| 6:1 | | 6:15 |
| 6:21 | | 8:10 |
| 11:15 | | 12:2 |
| 12:8 | | 12:17 |
| 14:2 | | 14:13 |
| 15:3 | | 17:23 |
| 19:14 | | 20:22 |
| 22:4 | | 22:22 |
| 24:19 | | 28:22 |
| 30:3 | | 35:19 |
| 40:23 | | 41:21 |

**EXHIBIT 2**