IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WERNER L. POLAK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-330-SLR |
| | ) |
| JOHN M. KOBAYASHI, | ) |
| | ) |
| Defendant. | ) |

## O R D E R

At Wilmington this 16th day of October, 2007, having conferred with counsel;

IT IS ORDERED that the continuation of the bench trial in the above captioned case shall proceed according to the following schedule:

| | |
|---|---|
| **Tuesday, December 11** | 3:30 P.M. - 6:30 P.M. |
| **Wednesday, December 12** | 3:30 P.M. - 6:30 P.M. |
| **Thursday, December 13** | 3:30 P.M. - 6:30 P.M. |

Defendant's counsel shall have six hours and plaintiff's counsel shall have three hours with which to complete their respective cases.

*[signature]*
United States District Judge