IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WERNER L. POLAK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-330-SLR |
| | ) |
| JOHN M. KOBAYASHI, | ) |
| | ) |
| Defendant. | ) |

# ORDER

At Wilmington this 4th day of December, 2007, due to scheduling difficulties in accommodating multiple trials;

IT IS ORDERED that the trial schedule in the above captioned case shall be amended as follows:

| | |
|---|---|
| **Tuesday, December 11** | 5:00 p.m. to 7:00 p.m. |
| **Wednesday, December 12** | 3:30 p.m. to 6:30 p.m. |
| **Thursday, December 13** | 3:30 p.m. to 4:30 p.m.<br>5:30 p.m. to 7:00 p.m. |

Defendant's counsel shall have 4.5 hours and plaintiff's counsel shall have 2.5 hours in which to complete their respective cases.[1]

                                               _/s/ Sue L. Robinson_
                                               United States District Judge

---

[1] If counsel still believe they need the additional time originally scheduled (3 hours for plaintiff and 6 hours for defendant), and/or if the evening hours are difficult to accommodate, the court now has time available on Friday, December 14, from 9:00 a.m. to 3:00 p.m. and would entertain a request to conduct trial in this case on that date.