AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

Werner L. Polak

V.

John M. Kobayashi, et al.

**EXHIBIT AND WITNESS LIST**

Case Number: 05-330-SLR

| PRESIDING JUDGE<br>Sue L. Robinson | PLAINTIFF'S ATTORNEY<br>Rodger Smith, III and Susan Wood Waesco | DEFENDANT'S ATTORNEY<br>Ben T. Castle and John Akolt, III |
|---|---|---|
| TRIAL DATE (S)<br>8/27/07 | COURT REPORTER<br>V. Gunning | COURTROOM DEPUTY<br>F. Tassone |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 4 | | 8/27/07 | | YES | 2/10/97 Memo to Kobayashi from Polake (Polak) |
| 3 | | 8/27/07 | | YES | Copy of check to Kobayashi from Polak for $25,000.00 (Polak) |
| 6 | | 8/27/07 | | YES | Bank Statement - Werner L. Polak, Statement Period 3/1-3/31/97 (Polak) |
| 1 | | 8/27/07 | | YES | Limited Liability Company Agreement of Pokobo, L.L.C. dated as of 3/1/97 (Polak) |
| 10 | | 8/27/07 | | YES | Copy of check to Pokobo, L.L.C. for $5,000.00 (Polak) |
| 11 | | 8/27/07 | | YES | Copy of check to Pokobo, L.L.C. for $2,200.000 (Polak) |
| 12 | | 8/27/07 | | YES | Copy of check to Pokobo, L.L.C. for $2,000.00 (Polak) |
| 19 | | 8/27/07 | | YES | Copy of check to Pokobo, L.L.C. for $2,500.00 (Polak) |
| 21 | | 8/27/07 | | YES | Copy of check to CT Coporation System for $186.33 (Polak) |
| 22 | | 8/27/07 | | YES | Copy of check to State of Delaware for $100.00 (Polak) |
| 17 | | 8/27/07 | | YES | hand written notes dated 1/7/98 (Polak) |
| 32 | | 8/27/07 | | YES | hand written notes dated 1/29/99 (Polak) |
| 35 | | 8/27/07 | | YES | hand written notes dated 2/2/99 (Polak) |
| 40 | | 8/27/07 | | YES | hand written notes dated 2/8/99 (Polak) |
| 42 | | 8/27/07 | | YES | 2/9/1999 Letter to Harvey Olson from Kobayahsi (Polak) |
| 46 | | 8/27/07 | | YES | Letter to Fuke and Polak from Kobayashi dated 2/9/1999 (Polak) |
| 50 | | 8/27/07 | | YES | hand written notes dated 2/16/99 (Polak) |
| 51 | | 8/27/07 | | YES | hand written notes dated 2/17/99 (Polak) |
| 63 | | 8/27/07 | | obj/YES | Mutual Grant of Easement (Polak) |
| 74 | | 8/27/07 | | YES | Copy of check to Pokobo, L.L.C for $40,000.00 (Polak) |
| 107 | | 8/27/07 | | YES | General Ledger as of 12/31/99 (Polak) |
| 53 | | 8/27/07 | | YES | Copy of check to Pokobo, L.L.C. for $10,000.00 (Polak) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)                 **EXHIBIT AND WITNESS LIST – CONTINUATION**

| Polak | | vs. | | Kobayashi, et al. | CASE NO. 05-330-SLR |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 71 | | 8/27/07 | | YES | Copy of check to CT Corporation System for $179.00 (Polak) |
| 82 | | 8/27/07 | | YES | Copy of check to Secretary of State, State of Delaware for $100.00(Polak) |
| 93 | | 8/27/07 | | YES | hand written notes   (Polak) |
| 118 | | 8/27/07 | | YES | hand written notes  (Polak) |
| 122 | | 8/27/07 | | YES | Memorandum to Polak from Kobayashi dated 2/14/00  (Polak) |
| 124 | | 8/27/07 | | YES | Memorandum to Laura Bennett with check to Pokobo, L.L.C. for $25,000.00  (Polak) |
| 129 | | 8/27/07 | | YES | Copy of check to Delaware Secretary of State for $100.00  (Polak) |
| 130 | | 8/27/07 | | YES | Copy of check to CT Corporation for $187.00  (Polak) |
| 105 | | 8/27/07 | | YES | John Kobayashi-Pokobo Contributions  (Polak) |
| 138 | | 8/27/07 | | YES | Aerial Photo (Polak) |
| 238 | | 8/27/07 | | YES | Map (Polak) |
| 149 | | 8/27/07 | | YES | Copy of check to Pokobo, L.L.C. for $7.000.00(Polak) |
| 158 | | 8/27/07 | | YES | Copy of check to CT Corporation System for $195.00(Polak) |
| 159 | | 8/27/07 | | YES | Copy of check to Delaware Secretary of State for $100.00 (Polak) |
| 161 | | 8/27/07 | | YES | Memorandum to Kobayashi from Polak dated 4/30/01 (Polak) |
| 164 | | 8/27/07 | | YES | Memorandum to Kobayashi from Polak dated 8/20/01 (Polak) |
| 173 | | 8/27/07 | | YES | Memorandum to Kobayashi from Polak dated 12/5/01 with check for $35,000.00(Polak) |
| 174 | | 8/27/07 | | YES | Copy of check to Pokobo, L.L.C. for $35,000.00 (Polak) |
| 175 | | 8/27/07 | | YES | Letter dated 12/14/01 from Kobayashi (Polak) |
| 180 | | 8/27/07 | | YES | Copy of check to Pokobo, L.L.C. for $20,000.00 (Polak) |
| 188 | | 8/27/07 | | YES | Letter to Rose Reed from Polak dated 5/3/02 (Polak) |
| 189 | | 8/27/07 | | YES | Copy of check to Pokobo, L.L.C. for $25,000.00 (Polak) |
| 184 | | 8/27/07 | | YES | Copy of check to Delaware Secretary of State for $100.00 (Polak) |
| 185 | | 8/27/07 | | YES | Copy of check to CT Corporation System for $204.00 (Polak) |

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| Polak | vs. | Kobayashi, et al. | CASE NO. 05-330-SLR |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 197 | | 8/27/07 | | YES | Memorandum to Kobayashi from Polak dated 9/23/02 (Polak) |
| 198 | | 8/27/07 | | YES | Letter to Michael J. Matsukawa from Polak dated 10/7/02 (Polak) |
| 199 | | 8/27/07 | | YES | Letter to Colin M. Grubb from Polak dated 10/29/02 (Polak) |
| 200 | | 8/27/07 | | YES | Letter to Kobayashi from Polak dated 11/18/02 (Polak) |
| 201 | | 8/27/07 | | YES | Letter to Matsukawa from Polak dated 12/5/02 (Polak) |
| 202 | | 8/27/07 | | YES | Letter to Kobayashi from Polak dated 12/19/02 (Polak) |
| 203 | | 8/27/07 | | YES | Letter to Polak from Matsukawa dated 12/27/02 (Polak) |
| 205 | | 8/27/07 | | YES | Letter to Polak from Kobayashi dated 12/31/02 (Polak) |
| 208 | | 8/27/07 | | YES | Letter to Kobayashi from Polak dated 1/20/03 (Polak) |
| 211 | | 8/27/07 | | YES | Copy of check to Delaware Secretary of State for $100.00 (Polak) |
| 212 | | 8/27/07 | | YES | Copy of check to CT Corporation for $280.00 (Polak) |
| 231 | | 8/27/07 | | YES | Letter to Jennifer Calloway from Polack dated 2/22/05 (Polak) |
| 233 | | 8/27/07 | | YES | Letter to Grubb from Polak dated 3/11/05 (Polak) |
| 235 | | 8/27/07 | | YES | Copy of check to Delaware Secretary of State for $200.00 (Polak) |
| 236 | | 8/27/07 | | YES | Copy of check to CT Corporation for $300.00 (Polak) |
| 218 | | 8/27/07 | | YES | Letter to Polak from Kobayashi dated 12/10/03 (Polak) |
| 219 | | 8/27/07 | | YES | Letter to Kobayashi from Polak dated 12/23/03 (Polak) |
| 230 | | 8/27/07 | | YES | Letter to Kobayashi from Polak dated 1/31/05 (Polak) |
| 209 | | 8/27/07 | | YES | Letter to Grubb from Polak dated 2/21/03 (Polak) |
| 210 | | 8/27/07 | | YES | Letter to Grubb from Polak dated 3/17/03 (Polak) |
| 213 | | 8/27/07 | | YES | Letter to Grubb from Polak dated 4/15/03 (Polak) |
| 214 | | 8/27/07 | | YES | Letter to Grubb form Polak dated 5/16/03 (Polak) |
| 215 | | 8/27/07 | | YES | Letter to Grubb from Polak dated 8/1/03 (Polak) |
| 221 | | 8/27/07 | | YES | Letter to Grubb from Polak dated 1/23/04 (Polak) |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Polak vs. Kobayashi, et al. | | | | | CASE NO. 05-330-SLR |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 222 | | 8/27/07 | | YES | Letter to Grubb from Polak dated 2/17/04 (Polak) |
| 226 | | 8/27/07 | | YES | Letter to Polak from Grubb dated 3/11/04 (Polak) |
| 227 | | 8/27/07 | | YES | Fax from Grubb to Polak K-1 dated 3/29/04 (Polak) |
| | 60 | 8/28/07 | | YES | Letter (Polak) |
| 54 | | 8/28/07 | | obj/YES | Letter to Mr. Olson from Kobayashi re: Charitable Donation for Community ... (Polak) |
| 24 | | 8/28/07 | | YES | Memorandum to Kobayashi from Fuke FAXED-11/10/98 (Fuke) |
| 37 | | 8/28/07 | | YES | Memorandum to Kobayashi from Fuke FAXED 2/18/99 (Fuke) |
| 38 | | 8/28/07 | | YES | Memorandum to Kobayashi from Fuke FAXED 2/8/99 (Fuke) |
| 57 | | 8/28/07 | | YES | Memorandum to Kobayashi from Fuke FAXED 2/22/99 (Fuke) |
| 60 | | 8/28/07 | | YES | Memorandum to Ymasaki from Fuke FAXED 2/23/99 (Fuke) |
| 95 | | 8/28/07 | | YES | Memorandum to Kobayashi from Fuke FAXED 9/17/99 (Fuke) |
| 114 | | 8/28/07 | | YES | Memorandum to Kobayashi from Fuke FAXED 1/21/00 (Fuke) |
| 116 | | 8/28/07 | | YES | Memorandum to Matsunaga from Fuke FAXED 1/24/00 (Fuke) |
| 117 | | 8/28/07 | | YES | Memorandum to Rosendahl from Fuke FAXED 1/24/00 (Fuke) |
| 123 | | 8/28/07 | | YES | Proposal to Fuke from Haun dated 2/23/00 (Fuke) |
| 126 | | 8/28/07 | | YES | Letter to Pastor Sapp from Kobayashi dated 2/28/00 (Fuke) |
| 127 | | 8/28/07 | | YES | Letter to Haun from Kobayashi dated 2/28/00 (Fuke) |
| 135 | | 8/28/07 | | YES | Letter to Sumada from Fuke dated 4/26/00 (Fuke) |
| 146 | | 8/28/07 | | YES | Memorandum faxed to Kobayashi on 9/30/00 with draft letter (Fuke) |
| 147 | | 8/28/07 | | YES | Letter to Sumada from Fuke dated 10/4/00 (Fuke) |
| 186 | | 8/28/07 | | YES | Memorandum faxed to Kobayashi from Fuke FAXED 8/1/02 (Fuke) |
| 181 | | 8/28/07 | | YES | (Reed depo read in) Admitted 12/13/07 |
| 253 | | 8/28/07 | | YES | (Reed depo read in) Admitted 12/13/07 |
| 111 | | 8/28/07 | | YES | (Bennett depo read in) Admitted 12/13/07 |

Page 4 of 6 Pages

AO 187A (Rev. 7/87)            **EXHIBIT AND WITNESS LIST – CONTINUATION**

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Polak vs. Kobayashi, et al.  CASE NO. 05-330-SLR |
| 43 | | 8/28/07 | | YES | (Bennett depo read in) Admitted 12/13/07 |
| 55 | | 8/28/07 | | YES | (Bennett depo read in) Admitted 12/13/07 |
| 77 | | 8/28/07 | | YES | (Bennett depo read in) Admitted 12/13/07 |
| 49 | | 8/28/07 | | YES | (Bennett depo read in ) Admitted 12/13/07 |
| 108 | | 8/28/07 | | YES | (Bennett depo read in) Admitted 12/13/07 |
| | 105 | 12/11/07 | -- | | Illustrative Map (Kobayashi) |
| | 100 | 12/11/07 | | YES | Letter from Laura Bennett to plaintiff (6/16/97) (Kobayashi) |
| | 76 | 12/11/07 | | YES | Memo from Laura Bennett to plaintiff (8/19/97) (Kobayashi) |
| | 106 | 12/11/07 | | YES | Cover fax letter to PTX 105 (3/10/00) (Kobayashi) |
| 103 | | 12/11/07 | | YES | Memo from Fuke to defendant (12/10/99) (Kobayashi) |
| | 80 | 12/12/07 | | YES | Letter from deft. To HW City Council (2/3/99)(Kobayashi) |
| 36 | 79 | 12/12/07 | | YES | Memo from Fuke to deft. (2/4/99) (Kobayashi) |
| 54 | | 12/12/07 | already | adm | on 8/28/07 Letter from deft. to Olson (2/19/99) (Kobayashi) |
| 58 | 93 | 12/12/07 | | YES | Letter from Fuke to deft. (2/22/99) (Kobayashi) |
| 78 | | 12/12/07 | | YES | Purchase ag't (3/20/99) (Kobayashi) |
| 140 | | 12/12/07 | | YES | Deed (5/27/99) (Kobayashi) |
| | 77 | 12/12/07 | | YES | Memo from Fuke to deft. (4/21/01) and maps (Kobayashi) |
| 260 | | 12/13/07 | | YES | Defendant's supp memorandum filed in Hawaii (Kobayashi - cross) |
| 34 | | 12/13/07 | | YES | Mr. Kobayashi's Handwritten Notes (Kobayashi - cross) |
| 248 | | 12/13/07 | | YES | Mr. Kobayashi's Handwritten Notes (Kobayashi - cross) |
| 64 | | 12/13/07 | | YES | Memo from Grubb to Kobayashi (Kobayashi - cross) |
| 61 | | 12/13/07 | | YES | Fax to Kobayashi from Lynn Higashi dated 2/23/99 (Kobayashi - cross) |
| 59 | | 12/13/07 | | YES | Letter to Lynn Higashi from Laura Bennett (Kobayashi - cross) |
| 87 | | 12/13/07 | | YES | Statement sent to Laura from Kobayashi (Kobayashi - cross) |

Page 5 of 6 Pages

AO 187A (Rev. 7/87)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| Polak vs. Kobayashi, et.al | | | | | CASE NO. 05-330 SLR |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 239 | | 12/13/07 | | YES | Kobayashi's answers and responses to interrogatories (Kobayashi - cross) |
| 264 | | 12/13/07 | -- | | Mr. Kobayashi's trip log (Kobayashi - cross) |
| 259 | | 12/13/07 | | YES | U.S. Securities and Exchange Commission Form 10-Q (Kobayashi - cross) |
| 262 | | 12/13/07 | | YES | Memo to Laura Bennett from Polak dated 3/10/99 (Polak) |
| 265 | | 12/13/07 | | YES | Notes regarding a telephone conversation b/t Polak and Kobayashi (Polak) |
| 266 | | 12/13/07 | | YES | Summons and Complaint for Pokobo and Kobayashi v. County of Hawaii (Polak) |
| 263 | | 12/13/07 | | YES | Letter from Banking Manager to Polak dated 9/18/07 (Polak) |

Page  6  of  6  Pages

Admitted 12/13/07

## Trial Exhibits referenced in Plaintiff's Deposition Designations that Have Yet to Be Moved into Evidence

| Trial Exhibit No. | Corresponding Designated Deposition Exhibit No. |
|---|---|
| PTX 013 | Grubb 2 |
| PTX 014 | Grubb 3 |
| PTX 015 | Grubb 4 |
| PTX 016 | Grubb 7 |
| PTX 018 | Grubb 5 |
| PTX 020 | Grubb 6 |
| PTX 023 | Grubb 8 |
| PTX 027 | Grubb 9 |
| PTX 031 | Olson 9 |
| PTX 043 | Bennett 6 |
| PTX 047 | Grubb 11 |
| PTX 049 | Bennett 9 |
| PTX 055 | Bennett 7 |
| PTX 056 | Grubb 12 |
| PTX 062 | Olson 15 |
| PTX 064 | Grubb 13 |
| PTX 066 | Olson 15-A |
| PTX 077 | Grubb 14<br><br>Bennett 8 |
| PTX 078 | Olson 21 |

Admitted 12/13/07

| Trial Exhibit No. | Corresponding Designated Deposition Exhibit No. |
|---|---|
| PTX 085 | Olson 25 |
| PTX 106 | Grubb 15 |
| PTX 108 | Bennett 10 |
| PTX 110 | Grubb 19 |
| PTX 111 | Bennett 2 |
| PTX 113 | Grubb 17 |
| PTX 142 | Olson 42 |
| PTX 150 | Grubb 16 |
| PTX 152 | Grubb 20 |
| PTX 155 | Grubb 21 |
| PTX 170 | Grubb 22 |
| PTX 171 | Grubb 24 |
| PTX 176 | Grubb 23 |
| PTX 177 | Grubb 25 |
| PTX 178 | Grubb 26 |
| PTX 181 | Reed 7 |
| PTX 182 | Grubb 29 |
| PTX 183 | Grubb 28 |
| PTX 190 | Grubb 31 |
| PTX 191 | Grubb 32 |
| PTX 193 | Grubb 30 |



| Trial Exhibit No. | Corresponding Designated Deposition Exhibit No. |
|---|---|
| PTX 204 | Grubb 36 |
| PTX 207 | Grubb 35 |
| PTX 228 | Grubb 47 |
| PTX 237 | Grubb 48 |
| PTX 241 | Olson 4 |
| PTX 247 | Grubb 33 |
| PTX 253 | Reed 9 |

1309064.4