IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WERNER L. POLAK, | ) |
|           Plaintiff, | ) |
| v. | ) |
| JOHN M. KOBAYASHI, | )   C.A. No. 05-330-SLR |
|           Defendant, | ) |
|     and | ) |
| POKOBO, L.L.C., | ) |
|           Nominal Defendant. | ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the following schedule shall govern post-trial briefing:

1. Plaintiff's opening post-trial brief shall be filed on or before February 12, 2008;

2. Defendant's answering post-trial brief shall be filed on or before March 21, 2008;

3. Plaintiff's reply post-trial brief shall be filed on or before April 11, 2008; and

4. The opening and answering briefs shall not exceed 50 pages in length each and the reply brief shall not exceed 25 pages.

2

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ *Susan W. Waesco* | /s/ *Ben T. Castle* |
| Martin P. Tully (#465) | Ben T. Castle (#520) |
| Rodger D. Smith II (#3778) | Karen E. Keller (#4489) |
| Susan W. Waesco (#4476) | The Brandywine Building |
| 1201 N. Market Street | 1000 West Street, 17th Floor |
| P.O. Box 1347 | Wilmington, Delaware 19801 |
| Wilmington, DE 19899-1347 | (302) 571-6600 |
| (302) 658-9200 | *Attorneys for Defendant* |
| *Attorneys for Plaintiff Werner L. Polak* | *John M. Kobayashi* |

OF COUNSEL:

John P. Akolt, III
AKOLT & AKOLT LLC
1880 Arapahoe Street, #2005
Denver, CO 80202

January 8, 2008                                         January 8, 2008

      SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge