IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WERNER L. POLAK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JOHN M. KOBAYASHI, | )  C.A. No. 05-330-SLR |
| | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| POKOBO, L.L.C., | ) |
| | ) |
| Nominal Defendant. | ) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the time for Plaintiff to file his Post-Trial Reply Brief is extended until April 14, 2008.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Rodger D. Smith II* | */s/ Karen E. Keller* |
| Martin P. Tully (#465) | Ben T. Castle (#520) |
| Rodger D. Smith II (#3778) | Karen E. Keller (#4489) |
| Susan W. Waesco (#4476) | The Brandywine Building |
| 1201 N. Market Street | 1000 West Street, 17th Floor |
| P.O. Box 1347 | Wilmington, Delaware 19801 |
| Wilmington, DE 19899-1347 | (302) 571-6600 |
| (302) 658-9200 | *Attorneys for Defendant John M. Kobayashi* |
| *Attorneys for Plaintiff Werner L. Polak* | |

SO ORDERED this ___ day of _____, 2008.

_____
United States District Judge

2288922